**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| DEVAL CORPORATION, | : | Case No. 16-17922 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER DENYING CONFIRMATION OF**
**THIRD AMENDED PLAN OF REORGANIZATION**
**<u>PROPOSED BY PDI/DEVAL ACQUISITION, LLC</u>**

AND NOW, this ____day of August, 2017, upon consideration of the Third Amended Plan of Reorganization of DeVal Corporation Proposed by PDI/DeVal Acquisition, LLC (the "Plan"), and the Objection of DeVal Corporation to the Plan, and after notice and a hearing, it is

ORDERED that the confirmation of the Plan is DENIED.

Dated: _____         BY THE COURT:

_____
Ashely M. Chan,
United States Bankruptcy Judge

Counsel for Debtor:

**Robert M. Greenbaum, Esquire**
SMITH KANE HOLMAN, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
Attorneys for Debtor