**Sources & Uses of Cash for DeVal Life Cycle Support on Effective Date**
*Last revised: August 4th, 2017*

| Sources of Cash for DeVal Acquisition | 44 New Term Loan | 44 New LOC | PLI/Sam. T | Total | Source Document |
|---|---|---|---|---|---|
| 44 Business Capital Term Loan | 3,150,000.00 | | | 3,150,000.00 | 44 Bus. Capital Commitment Letter, dated July 28th, 2017 |
| 44 Business Capital - Line of Credit | | 500,000.00 | | 500,000.00 | 44 Bus. Capital Commitment Letter, dated July 28th, 2017 |
| Parts Life, Inc. Escrow Balance | | | 105,000.00 | 105,000.00 | Current escrow balance "Northeast Executive Abstract Agency" |
| Parts Life, Inc Equity Injection | | | 95,000.00 | 95,000.00 | PLI current bank statement, 3 Month AVG collected balance is 495K |
| Samuel & Danilyn Thevanyagam, 401k Equity Injection | | | 400,000.00 | 400,000.00 | Jay Burgman, CFP Letter & 401k Statements (American Funds) |
| Timothy Tran Cash Gift | | | 250,000.00 | 250,000.00 | PNC Bank, Line of Credit (Letter) |
| **Total Funds Available** | **3,150,000.00** | **500,000.00** | **850,000.00** | **4,500,000.00** | |
| | | | | | |
| **DeVal Acquisition Closing Funds Needed:** | | | | | |
| BB&T Line of Credit Payoff | 187,426.50 | | 493,711.50 | 681,138.00 | |
| BB&T Term Loan Payoff | 154,101.00 | | 1,931.00 | 156,032.00 | |
| BB&T Mortgage Payoff | 961,600.00 | | 15,190.00 | 976,790.00 | |
| BB&T Attorney Fees | | | 120,000.00 | 120,000.00 | |
| PDI Debt Payoff | 1,133,100.96 | | 6,424.50 | 1,139,525.46 | |
| Susquehanna Commercial Loan Finance, Equip. Arrears | | | 1,296.14 | 1,296.14 | |
| Wells Fargo Equipment, Late Charges & Arrears | | | 2,199.11 | 2,199.11 | |
| CIT Bank Arrears | | | 3,100.00 | 3,100.00 | |
| Toyota Lease Arrears | | | 1,450.25 | 1,450.25 | |
| Admin Claim - Smith, Kane, Holman | | | 15,500.00 | 15,500.00 | |
| General Unsecured Creditors | 713,771.54 | | 21,228.46 | 735,000.00 | |
| 44 Business Capital Est. Closing Costs | | | 120,823.75 | 120,823.75 | |
| City of Philadelphia Water Revenue | | | 1,111.00 | 1,111.00 | |
| **Total Funds needed on Effective Date** | **3,150,000.00** | **0.00** | **803,965.71** | **3,953,965.71** | |
| | | | | | |
| **Cash Available after Effective Date Payments** | | **0.00** | **500,000.00** | **46,034.29** | **546,034.29** |