United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-17922-amc
DeVal Corporation                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Aug 16, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db            +DeVal Corporation,   7341 Tulip Street,   Philadelphia, PA 19136-4215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
          DAVID B. SMITH   on behalf of Debtor   DeVal Corporation dsmith@smithkanelaw.com
          JAMES M. MATOUR   on behalf of Creditor   PDI/DeVal Acquisition, LLC jmatour@dilworthlaw.com,
           cseverino@dilworthlaw.com
          JAMES M. MATOUR   on behalf of Creditor   PDI Ground Support Systems, Inc.
           jmatour@dilworthlaw.com, cseverino@dilworthlaw.com
          JOEL C. SHAPIRO   on behalf of Creditor   Hillock Realty Associates shapiro-jc@blankrome.com
          JOEL C. SHAPIRO   on behalf of Creditor   Hillock Anodizing, Inc. shapiro-jc@blankrome.com
          JOHN P. LEON   on behalf of Interested Party   Parts Life, Inc. jleon@subranni.com,
           desk@subranni.com;szauber@subranni.com
          JOSEPH PATRICK SCHALK   on behalf of Creditor   Branch Banking & Trust Company jschalk@barley.com,
           cbrelje@barley.com;jrachor@barley.com
          KERI P EBECK   on behalf of Creditor   CIT Bank, National Association kebeck@weltman.com,
           jbluemle@weltman.com
          KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          MEGAN N. HARPER   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
           james.feighan@phila.gov
          PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          ROBERT M. GREENBAUM   on behalf of Debtor   DeVal Corporation rgreenbaum@sgllclaw.com,
           rgreenbaum@skhlaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                          TOTAL: 14

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| DEVAL CORPORATION, | : |  |
|  | : | Case No. 16-17922 (AMC) |
|  | : |  |
| Debtor. | : |  |

### ELEVENTH INTERIM ORDER AUTHORIZING DEBTOR'S
### USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363

AND NOW, this 14th day of August, 2017, upon consideration of the Debtor's *Revised*

Emergency Motion for Authority to Use Cash Collateral and after notice and hearing, and with

the consent of Branch Banking and Trust Company ("BB&T") and PDI DeVal Acquisition LLC

("PDI"), the Debtor's known secured creditors, and good cause therefore appearing, it is hereby

ORDERED, that a hearing (the "Twelfth Interim Hearing") on the Debtor's Motion for

Authority to Use Cash Collateral will commence at 11:00 a.m. on August 28, 2017, in

Courtroom No. 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA, and it is

further

ORDERED, that until the conclusion of the Twelfth Interim Hearing (and the issuance of

an order by this Court concerning the Debtor's motion), the Debtor is authorized to use Cash

Collateral as described in the Debtor's Motion and in accordance with the budget attached hereto

as Exhibit A in an amount *not to exceed* $675,220.00 in the aggregate and/or 110% in any

expense category for the payment of necessary operating expenses of the Debtor, including its

weekly payroll, subject to modification by further court order and/or consent of creditors holding

a interest in cash collateral (per approved budgets); and it is further

ORDERED, that the Debtor shall forthwith serve a copy of this order

on the Office of the United States Trustee ("OUST"), BB&T, PDI and all other parties claiming

a security interest in Cash Collateral (the "Secured Creditors"), all persons who have requested

notice in this case, and the twenty largest unsecured creditors, and it is further

ORDERED, that to the extent and priority that the Secured Creditors have valid,

perfected and non-avoidable security interests or other interests in the Cash Collateral and the

Debtor's use of Cash Collateral or other collateral diminishes their interest in the Cash Collateral

or other collateral, the Secured Creditors shall have replacement liens (the "Replacement Liens")

on the Debtor's post-petition accounts, inventory and other post-petition property (excluding

causes of action under Chapter 5 of the Bankruptcy Code) and proceeds thereof to secure such

diminishment; and it is further

ORDERED, that the Replacement Liens shall be deemed to be automatically perfected

without the need for filing of financing statements or mortgages, and it is further

ORDERED, that for purposes of monitoring post-petition receipts and disbursements, the

Debtor shall continue to prepare and submit cash collateral reports to the Secured Creditors and

OUST which shall include actual to budget results, receipts, disbursements and accrued

administrative claims, if any, every two weeks on the Wednesday following the two week

period.

Honorable Ashely M. Chan,
United States Bankruptcy Judge

# Exhibit A

**Deval Corporation**
**Cash Collateral Projection**
**W/E 08-04-17 through W/E 09-01-17**

| | W/E 08-04 | W/E 08-11 | W/E 08-18 | W/E 08-25 | W/E 09-01 | Total |
|---|---|---|---|---|---|---|
| **Estimated Cash Receipts:** | | | | | | |
| From A/R | $ 46,000.00 | $ 39,000.00 | $ 63,000.00 | $ 56,000.00 | $ 65,000.00 | $ 269,000.00 |
| Deposits / Prog Pymts | $ - | $ 141,000.00 | $ - | $ 148,000.00 | $ 100,000.00 | $ 389,000.00 |
| Deposits – Parts Life | $ - | $ - | $ - | $ - | $ - | $ - |
| Carry forward | $ 32,597.00 | $ - | $ - | $ - | $ - | $ 32,597.00 |
| **Total Estimated Receipts** | $ 78,597.00 | $ 180,000.00 | $ 63,000.00 | $ 204,000.00 | $ 165,000.00 | $ 690,597.00 |
| | | | | | | |
| **Est. Cash Disbursements:** | | | | | | |
| | | | | | | |
| Payroll (incl deductions) | $ 28,200.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 26,500.00 | $ 134,200.00 |
| Pension Expense | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 3,750.00 |
| Fed P/R Taxes | $ 11,000.00 | $ 12,500.00 | $ 12,100.00 | $ 12,100.00 | $ 12,100.00 | $ 59,800.00 |
| State P/R Taxes | $ 750.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 4,150.00 |
| City P/R Taxes | $ 1,450.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 7,050.00 |
| Other taxes | $ 4,500.00 | $ - | $ - | $ 605.00 | $ 32,000.00 | $ 37,105.00 |
| Health insurances | $ 2,000.00 | $ 7,500.00 | $ - | $ 6,000.00 | $ - | $ 15,500.00 |
| WC insurance | $ - | $ 6,000.00 | $ - | $ - | $ - | $ 6,000.00 |
| Building / Liab insurance | $ - | $ 2,600.00 | $ 550.00 | $ - | $ - | $ 3,150.00 |
| BB&T Loan payments | $ - | $ 3,690.00 | $ - | $ 3,690.00 | $ - | $ 7,380.00 |
| Building rental | $ - | $ - | $ - | $ - | $ - | $ - |
| Machinery lease pymts | $ 3,831.00 | $ 1,850.00 | $ 1,703.00 | $ 3,701.00 | $ 2,825.00 | $ 13,910.00 |
| Mat'l Purchases COD/CIA | $ 8,900.00 | $ 82,400.00 | $ 9,500.00 | $ 135,600.00 | $ 103,700.00 | $ 340,100.00 |
| A/P Vendor pymts - terms | $ 3,600.00 | $ 1,600.00 | $ 2,200.00 | $ 2,200.00 | $ 1,900.00 | $ 11,500.00 |
| Utilites | $ 4,000.00 | $ - | $ 500.00 | $ - | | $ 4,500.00 |
| Freight | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 3,500.00 |
| Shop supplies/expenses | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 7,000.00 |
| Auto & Truck Expenses | $ 200.00 | $ 200.00 | $ 1,725.00 | $ 1,200.00 | $ 200.00 | $ 3,525.00 |
| Prof. fees (court approved) | $ - | $ - | $ - | $ - | $ 5,000.00 | $ 5,000.00 |
| Office suppl/adm expenses | $ 1,300.00 | $ 1,300.00 | $ 2,900.00 | $ 1,300.00 | $ 1,300.00 | $ 8,100.00 |
| U.S. Trustee Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Other | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Est. Disbursements** | $ 72,581.00 | $ 151,240.00 | $ 62,778.00 | $ 197,996.00 | $ 190,625.00 | $ 675,220.00 |
| | | | | | | |
| **Net Cash** | $ 6,016.00 | $ 28,760.00 | $ 222.00 | $ 6,004.00 | $ (25,625.00) | $ 15,377.00 |
| | | | | | | |
| **Cumulative Cash** | $ 6,016.00 | $ 34,776.00 | $ 34,998.00 | $ 41,002.00 | $ 15,377.00 | |