United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 16-17922-amc
DeVal Corporation                                         Chapter 11
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 1            Date Rcvd: Aug 29, 2017
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.
db             +DeVal Corporation,    7341 Tulip Street,    Philadelphia, PA 19136-4215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:
              DAVID B. SMITH    on behalf of Debtor    DeVal Corporation dsmith@smithkanelaw.com
              JAMES M. MATOUR    on behalf of Creditor    PDI/DeVal Acquisition, LLC jmatour@dilworthlaw.com,
               cseverino@dilworthlaw.com
              JAMES M. MATOUR    on behalf of Creditor    PDI Ground Support Systems, Inc.
               jmatour@dilworthlaw.com, cseverino@dilworthlaw.com
              JOEL C. SHAPIRO    on behalf of Creditor    Hillock Realty Associates shapiro-jc@blankrome.com
              JOEL C. SHAPIRO    on behalf of Creditor    Hillock Anodizing, Inc. shapiro-jc@blankrome.com
              JOHN P. LEON    on behalf of Interested Party    Parts Life, Inc. jleon@subranni.com,
               desk@subranni.com;szauber@subranni.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Branch Banking & Trust Company jschalk@barley.com,
               cbrelje@barley.com;jrachor@barley.com
              KERI P EBECK    on behalf of Creditor    CIT Bank, National Association kebeck@weltman.com,
               jbluemle@weltman.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              ROBERT M. GREENBAUM    on behalf of Debtor    DeVal Corporation rgreenbaum@sgllclaw.com,
               rgreenbaum@skhlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| DEVAL CORPORATION, | Case No. 16-17922 (AMC) |
| Debtor. | |

## TWELFTH INTERIM ORDER AUTHORIZING DEBTOR'S
## USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363

AND NOW, this 28th day of August, 2017, upon consideration of the Debtor's *Revised Emergency Motion for Authority to Use Cash Collateral* and after notice and hearing, and with the consent of Branch Banking and Trust Company ("BB&T") and PDI DeVal Acquisition LLC ("PDI"), the Debtor's known secured creditors, and good cause therefore appearing, it is hereby

ORDERED, that a hearing (the "Thirteenth Interim Hearing") on the Debtor's Motion for Authority to Use Cash Collateral will commence at 11:00 a.m. on September 25, 2017, in Courtroom No. 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA, and it is further

ORDERED, that until the conclusion of the Thirteenth Interim Hearing (and the issuance of an order by this Court concerning the Debtor's motion), the Debtor is authorized to use Cash Collateral as described in the Debtor's Motion and in accordance with the budget attached hereto as Exhibit A in an amount *not to exceed* $459,870.00 in the aggregate and/or 110% in any expense category for the payment of necessary operating expenses of the Debtor, including its weekly payroll, subject to modification by further court order and/or consent of creditors holding a interest in cash collateral (per approved budgets); and it is further

ORDERED, that the Debtor shall forthwith serve a copy of this order

on the Office of the United States Trustee ("OUST"), BB&T, PDI and all other parties claiming a security interest in Cash Collateral (the "Secured Creditors"), all persons who have requested notice in this case, and the twenty largest unsecured creditors, and it is further

ORDERED, that to the extent and priority that the Secured Creditors have valid, perfected and non-avoidable security interests or other interests in the Cash Collateral and the Debtor's use of Cash Collateral or other collateral diminishes their interest in the Cash Collateral or other collateral, the Secured Creditors shall have replacement liens (the "Replacement Liens") on the Debtor's post-petition accounts, inventory and other post-petition property (excluding causes of action under Chapter 5 of the Bankruptcy Code) and proceeds thereof to secure such diminishment; and it is further

ORDERED, that the Replacement Liens shall be deemed to be automatically perfected without the need for filing of financing statements or mortgages, and it is further

ORDERED, that for purposes of monitoring post-petition receipts and disbursements, the Debtor shall continue to prepare and submit cash collateral reports to the Secured Creditors and OUST which shall include actual to budget results, receipts, disbursements and accrued administrative claims, if any, every two weeks on the Wednesday following the two week period.

_____
Honorable Ashely M. Chan,
United States Bankruptcy Judge

# Exhibit A

Case 16-17922-amc    Doc 211    Filed 08/31/17    Entered 09/01/17 01:16:26    Desc
Imaged Certificate of Notice    Page 5 of 5
Case 16-17922-amc    Doc 208-1    Filed 08/28/17    Entered 08/28/17 10:08:45    Desc
Exhibit A - Proposed Interim Budget for September 2017    Page 1 of 1

**Deval Corporation**
**Cash Collateral Projection**
**W/E 09-08-17 through W/E 09-29-17**

|  | W/E 09-08 | W/E 09-15 | W/E 09-22 | W/E 09-29 | Total |
|---|---|---|---|---|---|
| **Estimated Cash Receipts:** | | | | | |
| From A/R | $ 28,000.00 | $ 70,000.00 | $ 81,000.00 | $ 63,000.00 | $ 242,000.00 |
| Deposits / Prog Pymts | $ 121,000.00 | $ 53,000.00 | $ - | $ 80,000.00 | $ 254,000.00 |
| Deposits - Parts Life | $ - | $ - | $ - | $ - | $ - |
| Carry forward | $ 15,377.00 | $ - | $ - | $ - | $ 15,377.00 |
| **Total Estimated Receipts** | $ 164,377.00 | $ 123,000.00 | $ 81,000.00 | $ 143,000.00 | $ 511,377.00 |
| | | | | | |
| **Est. Cash Disbursements:** | | | | | |
| Payroll (Incl deductions) | $ 28,300.00 | $ 26,900.00 | $ 27,800.00 | $ 27,800.00 | $ 110,800.00 |
| Pension Expense | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 3,000.00 |
| Fed P/R Taxes | $ 12,100.00 | $ 12,500.00 | $ 12,300.00 | $ 12,600.00 | $ 49,500.00 |
| State P/R Taxes | $ 850.00 | $ 850.00 | $ 850.00 | $ 850.00 | $ 3,400.00 |
| City P/R Taxes | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 1,450.00 | $ 5,800.00 |
| Other taxes | $ - | $ - | $ - | $ 605.00 | $ 605.00 |
| Health Insurances | $ 2,000.00 | $ 7,500.00 | $ 6,000.00 | $ - | $ 15,500.00 |
| WC Insurance | $ 6,000.00 | $ - | $ - | $ - | $ 6,000.00 |
| Building / Liab Insurance | $ 2,600.00 | $ - | $ 550.00 | $ - | $ 3,150.00 |
| BB&T Loan payments | $ - | $ 3,690.00 | $ - | $ 3,690.00 | $ 7,380.00 |
| Building rental | $ - | $ - | $ - | $ - | $ - |
| Machinery lease pymts | $ 3,831.00 | $ 1,850.00 | $ 1,703.00 | $ 6,526.00 | $ 13,910.00 |
| Mat'l Purchases COD/CIA | $ 57,000.00 | $ 56,000.00 | $ 14,000.00 | $ 74,000.00 | $ 201,000.00 |
| A/P Vendor pymts - terms | $ 2,900.00 | $ 3,800.00 | $ 2,200.00 | $ 2,900.00 | $ 11,800.00 |
| Utilites | $ 4,000.00 | $ - | $ 500.00 | $ - | $ 4,500.00 |
| Freight | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 2,800.00 |
| Shop supplies/expenses | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 5,600.00 |
| Auto & Truck Expenses | $ 200.00 | $ 200.00 | $ 1,725.00 | $ 1,200.00 | $ 3,325.00 |
| Prof. fees (court approved) | $ - | $ - | $ 5,000.00 | $ - | $ 5,000.00 |
| Office suppl/adm expenses | $ 1,300.00 | $ 2,900.00 | $ 1,300.00 | $ 1,300.00 | $ 6,800.00 |
| U.S. Trustee Fees | $ - | $ - | $ - | $ - | $ - |
| Other | $ - | $ - | $ - | $ - | $ - |
| **Total Est. Disbursements** | $ 125,381.00 | $ 120,490.00 | $ 78,228.00 | $ 135,771.00 | $ 459,870.00 |
| | | | | | |
| **Net Cash** | $ 38,996.00 | $ 2,510.00 | $ 2,772.00 | $ 7,229.00 | $ 51,507.00 |
| | | | | | |
| **Cumulative Cash** | $ 38,996.00 | $ 41,506.00 | $ 44,278.00 | $ 51,507.00 | |