UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| DeVal Corporation | Case No. 16-17922 (AMC) |
| Debtor. | |

## ORDER

AND NOW, this 28th day of November, 2017, upon consideration of the Second and Final Fee Application of Smith Kane Holman, LLC As Counsel To DeVal Corporation, For The Period April 10, 2017 through September 26, 2017 (the "Application"), it is hereby ORDERED AND DECREED that

1. The Application is GRANTED.

2. Smith Kane Holman, LLC, counsel to DeVal Corporation (the "Debtor"), is allowed compensation in the amount of $128,670.00 for services rendered and reimbursement of expenses in the amount of $1,149.36.

3. The Order and any prior orders relating to fee applications for Smith Kane Holman, LLC are now final, and the Debtor is authorized to pay Smith Kane Holman, LLC the amounts allowed from funds in the bankruptcy estate.

_____
Judge Ashely M. Chan
United States Bankruptcy Judge

Copies Sent To:
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
Attorneys for DeVal Corporation