United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17922-amc
DeVal Corporation                                                     Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR            Page 1 of 1           Date Rcvd: Nov 29, 2017
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
db            +DeVal Corporation,    7341 Tulip Street,    Philadelphia, PA 19136-4215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:23     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              DAVID B. SMITH    on behalf of Debtor   DeVal Corporation dsmith@smithkanelaw.com
              JAMES M. MATOUR    on behalf of Creditor    PDI/DeVal Acquisition, LLC jmatour@dilworthlaw.com,
               cseverino@dilworthlaw.com;cct@dilworthlaw.com
              JAMES M. MATOUR    on behalf of Creditor    PDI Ground Support Systems, Inc.
               jmatour@dilworthlaw.com,    cseverino@dilworthlaw.com;cct@dilworthlaw.com
              JOEL C. SHAPIRO    on behalf of Creditor    Hillock Realty Associates shapiro-jc@blankrome.com
              JOEL C. SHAPIRO    on behalf of Creditor    Hillock Anodizing, Inc. shapiro-jc@blankrome.com
              JOHN P. LEON    on behalf of Interested Party    Parts Life, Inc. jleon@subranni.com,
               desk@subranni.com;szauber@subranni.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Branch Banking & Trust Company jschalk@barley.com,
               cbrelje@barley.com;jrachor@barley.com
              KERI P EBECK    on behalf of Creditor    CIT Bank, National Association kebeck@weltman.com,
               jbluemle@weltman.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              ROBERT M. GREENBAUM    on behalf of Debtor   DeVal Corporation rgreenbaum@sgllclaw.com,
               rgreenbaum@skhlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| DeVal Corporation | Case No. 16-17922 (AMC) |
| Debtor. | |

**ORDER**

AND NOW, this 28th day of November, 2017, upon consideration of the Second and Final Fee Application of Smith Kane Holman, LLC As Counsel To DeVal Corporation, For The Period April 10, 2017 through September 26, 2017 (the "Application"), it is hereby ORDERED AND DECREED that

1. The Application is GRANTED.

2. Smith Kane Holman, LLC, counsel to DeVal Corporation (the "Debtor"), is allowed compensation in the amount of $128,670.00 for services rendered and reimbursement of expenses in the amount of $1,149.36.

3. The Order and any prior orders relating to fee applications for Smith Kane Holman, LLC are now final, and the Debtor is authorized to pay Smith Kane Holman, LLC the amounts allowed from funds in the bankruptcy estate.

_____
 Judge Ashely M. Chan
 United States Bankruptcy Judge

Copies Sent To:
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
Attorneys for DeVal Corporation