**Debtor's Name: DeVal Corporation**

**Bankruptcy Number: 16-17922 amc**

**DISBURSEMENTS SUMMARY REPORT - 4TH QTR 2017**

| Acct Number | Acct Type | October | November | December | Total |
|---|---|---|---|---|---|
| 1098210782 | WF Checking - Ops | $11,178.37 | $498.13 | $685.48 | $12,361.98 |
| 1098210790 | WF Checking - P/R | $827.79 | $59.60 | $0.00 | $887.39 |
| 1120348014 | WF Checking - DRO | $16,998.65 | $29.21 | $3,235.20 | $20,263.06 |
| Grand Total | | | | | $33,512.43 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

Richard J. Puleo    Debtor's Representative   January 26, 2018

Debtor: DeVal Corporation

Case number: 16-17922 amc

DeVal Corporation
Attachments to Post-Confirmation Quarterly Summary Report
4Q2017

**Exhibit A**: Post-Confirmation Quarterly Summary Report for Wells Fargo DIP Operating Account No. xxxx0782

**Exhibit B**: Post-Confirmation Quarterly Summary Report for Wells Fargo DIP Operating Account No. xxxx0790

**Exhibit C**: Post-Confirmation Quarterly Summary Report for Wells Fargo Plan Disbursement Account No. xxxx8014

# Exhibit A

**OFFICE OF THE UNITED STATES TRUSTEE**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: DeVal Corporation                    Bank: Wells Fargo

Bankruptcy Number: 16-17922 amc                     Account Number: 1098210782

Date of Confirmation:  Aug. 23, 2017                Account Type: Checking Operations -  DIP

Reporting Period (month/year): Oct through Dec 2017

| | | |
|---|---|---|
| Beginning Cash Balance: | | $13,864.07 |
| All receipts received by the debtor: | | |
| Progress Payments | $0.00 | |
| Transfers from WF P/R - DIP Account | $0.00 | |
| Collection of A/R for Deval Life Cycle Support, LLC: | $803,695.56 | |
| Proceeds from Litigation (settlement or otherwise): | $0.00 | |
| Sale of Debtor's Assets: | $0.00 | |
| Capital Infusion pursuant to the Plan: | $0.00 | |
| Total of cash received: | $803,695.56 | |
| Total of cash available: | | $817,559.63 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | 12,361.98 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | $0.00 |
| All other disbursements made in the ordinary course: | | $0.00 |
| **Total Disbursements** | $ | 12,361.98 |
| Transfers to Deval Life Cycle Support in accordance with the confirmed 3rd Amended Plan of reorganization | $ | 804,100.00 |
| Transfers to P/R - DIP Account - Wells Fargo | $ | 110.68 |
| Ending Cash Balance | | $986.97 |

Pursuant to 28 U.S.C. Section 1748(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Richard J. Puleo   Debtor's Representative_   January 26, 2018

Debtor: DeVal Corporation

Case Number: 16-17922 amc

# Analyzed Business Checking

Account number: **1098210782** ■ December 1, 2017 - December 31, 2017 ■ Page 1 of 3



(DIP Ops Checking Acct)

DEVAL CORPORATION
DEBTOR IN POSSESSION
CH 11 CASE # 16-17922(EPA)
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

 **IMPORTANT ACCOUNT INFORMATION**

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1098210782 | $854.57 | $51,317.88 | -$51,185.48 | $986.97 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/04 | 105.85 | Treas 310 Misc Pay 120417 1120197008050 |
| | | | 105.85\Dtm*003*20171122\SE*9*000000347\GE*1*0\lea |
| | 12/05 | 159.24 | Bankcard Merch Dep 171204 948908412000018 Deval Corporation |
| | 12/05 | 33,342.41 | DFAS-CO Invoice 0000000\ |
| | 12/06 | 5,101.38 | Treas 310 Misc Pay 120617 1120197008050 |
| | | | 1*000000100\GE*1*0\lea*1*000000001\ |
| | 12/22 | 12,609.00 | Saic Payments Dev125 74536;74535;74537; |
| | DEC  ✓ | $51,317.88 | **Total electronic deposits/bank credits** |
| | | $51,317.88 | **Total credits** |

Account number: **1098210782** ■ December 1, 2017 - December 31, 2017 ■ Page 2 of 3



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/04 | 425.87✓ | Bankcard Merch Fees 171130 948908412000018 Deval Corporation |
| | 12/05 | ✓ 33,000.00 | WT Fed#02239 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008847543 Trn#171205030867 Rfb# 1398 |
| | 12/08 | ✓ 5,000.00 | WT Fed#02837 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008950877 Trn#171208028019 Rfb# 1399 |
| | 12/11 | 141.96✓ | Client Analysis Srvc Chrg 171208 Svc Chge 1117 000001098210782 |
| | 12/11 | 8.99✓ | Recurring Payment authorized on 12/10 Scribd Inc 141-58969890 CA S467343789500338 Card 3200 |
| | 12/19 | 19.66✓ | Recurring Payment authorized on 12/18 Sxm*Siriusxm.Com/A 888-635-5144 NY S467352445675977 Card 3200 |
| | 12/22 | ✓ 12,500.00 | WT Fed#07013 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000009335609 Trn#171222037765 Rfb# 1400 |
| | 12/26 | 89.00✓ | Purchase authorized on 12/25 Vectorvest 330-867-2814 OH S387359295125984 Card 3200 |
| | | **$51,185.48** | **Total electronic debits/bank debits** |

| | |
|---|---|
| **$51,185.48** | **Total debits** |
| 50,500.00 | *Less: Transfers to other Operating Account* |
| 685.48 | *Total Non-Check disbursements Dec* |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 854.57 | 12/06 | 6,137.58 | 12/19 | 966.97 |
| 12/04 | 534.55 | 12/08 | 1,137.58 | 12/22 | 1,075.97 |
| 12/05 | 1,036.20 | 12/11 | 986.63 | 12/26 | 986.97 |

Average daily ledger balance     **$1,317.48**

 # IMPORTANT ACCOUNT INFORMATION

If you currently receive online statements, starting in March, we will consider your statement delivered to you when it has been posted to wellsfargo.com. Your online account statement will be made available through Wells Fargo Online® Banking 24 - 48 hours after the end of your statement period. We will continue to notify you when your statement becomes available via the email address you provided. If you receive paper statements, we will continue to send your statements through U.S. Mail.

If you would like to change your delivery preference, sign on at wellsfargo.com or the Wells Fargo mobile app and go to Update Contact Information or call us at 1-800-956-4442, 24 hours a day, 7 days a week.

Effective January 1, 2018 the following standard fees on your analyzed checking account will change:
- Monthly maintenance: $22.00
- Paper checking account statement: $0.00
- Paper client analysis statement: $0.00

Account number:  **1098210782**  ■  December 1, 2017 – December 31, 2017  ■  Page 3 of 3



If you have any questions regarding these changes please visit wellsfargo.com/biz/fee-information, contact your local
banker, or call the number at the top of your statement.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole
proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of
information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR.
97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with
supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an
identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking



Account number: **1098210782**  ■  November 1, 2017 - November 30, 2017  ■  Page 1 of 4

DEVAL CORPORATION
DEBTOR IN POSSESSION
CH 11 CASE # 16-17922(EPA)
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

 IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1098210782 | $553.54 | $520,309.84 | -$520,008.81 | $854.57 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/01 | 7,355.25 | Saic Payments Dev125 74484;74485; |
| | 11/02 | 8,754.84 | Treas 310 Misc Pay 110217 1120197008050 00000197\GE*1*0\Iea*1*000000001\ |
| | 11/03 | 843.87 | Bankcard Merch Dep 171102 948908412000018 Deval Corporation |
| | 11/03 | 25,006.81 | DFAS-CO Invoice 0000000\ |
| | 11/03 | 26,357.01 | DFAS-CO Invoice 0000000\ |
| | 11/06 | 726.80 | Treas 310 Misc Pay 110617 1120197008050 .80\Dtm*003*20171004\SE*9*000000296\GE*1*0\Iea*1* |
| | 11/06 | 1,434.28 | Bankcard Merch Dep 171103 948908412000018 Deval Corporation |
| | 11/07 | 1,476.72 | Treas 310 Misc Pay 110717 1120197008050 476.72\Dtm*003*20171025\SE*9*000000163\GE*1*0\Iea |
| | 11/14 | 149,365.00 | DFAS-CO Invoice 365.00*149365.00\Ref*Si*Ppra001\SE*11*000000745\G |
| | 11/15 | 2,543.55 | Bankcard Merch Dep 171114 948908412000018 Deval Corporation |



WELLS
FARGO

*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/16 | 1,226.88 | Treas 310 Misc Pay 111617 1120197008050 226.88\Dtm*003*20171106\SE*9*000000263\GE*1*0\lea |
| | 11/20 | 1,438.68 | Treas 310 Misc Pay 112017 1120197008050 438.68\Dtm*003*20171110\SE*9*000000163\GE*1*0\lea |
| | 11/21 | 13,459.60 | Treas 310 Misc Pay 112117 1120197008050 *13459.60\Dtm*003*20171013\SE*9*000000227\GE*1*0\ |
| | 11/22 | 1,673.75 | Treas 310 Misc Pay 112217 1120197008050 673.75\Dtm*003*20171116\SE*9*000000140\GE*1*0\lea |
| | 11/24 | 1,933.78 | Bankcard Merch Dep 171122 948908412000018 Deval Corporation |
| | 11/24 | 17,620.96 | Treas 310 Misc Pay 112417 1120197008050 20171116\SE*11*000000297\GE*1*0\lea*1*000000001\ |
| | 11/24 | 225,608.00 | DFAS-CO Invoice 608.00*225608.00\Ref*Si*Ppra001\SE*11*000000792\G |
| | 11/27 | 141.65 | Bankcard Merch Dep 171124 948908412000018 Deval Corporation |
| | 11/28 | 33,342.41 | DFAS-CO Invoice 0000000\ |
| | *Nov.* ✓ | **$520,309.84** | **Total electronic deposits/bank credits** |
| | | $520,309.84 | **Total credits** |

## Debits

Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/02 | 231.22 | Bankcard Merch Fees 171031 948908412000018 Deval Corporation |
| | 11/03 | 68,000.00 | WT Fed#06138 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008144681 Trn#171103141549 Rfb# 1392 |
| | 11/09 | 4,000.00 | WT Fed#01993 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008264006 Trn#171109107068 Rfb# 1393 |
| | 11/13 | 149.26 | Client Analysis Srvc Chrg 171110 Svc Chge 1017 000001098210782 |
| | 11/13 | 8.99 | Recurring Payment authorized on 11/10 Scribd Inc 141-58969890 CA S387313789507657 Card 3200 |
| | 11/14 | 10.68 ✓ | Online Transfer to Deval Corporation Business Checking xxxxxx0790 Ref *P/R Acct* #Ib03Xyyf57 on 11/14/17 |
| | 11/14 | 149,000.00 | WT Fed#04551 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008346640 Trn#171114044825 Rfb# 1394 |
| | 11/20 | 19.66 | Recurring Payment authorized on 11/18 Sxm*Siriusxm.Com/A 888-635-5144 NY S467322251108484 Card 3200 |
| | 11/21 | 18,500.00 | WT Fed#02073 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008522692 Trn#171121026284 Rfb# 1395 |
| | 11/27 | 89.00 | Purchase authorized on 11/25 Vectorvest 330-867-2814 OH S307329294321463 Card 3200 |



**WELLS FARGO**

*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/27 | 247,000.00 | WT Fed#05504 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008614228 Trn#171127060304 Rfb# 1396 |
| | 11/29 | 33,000.00 | WT Fed#04793 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008680876 Trn#171129042526 Rfb# 1397 |
| | | **$520,008.81** | **Total electronic debits/bank debits** |

| | | |
|---|---|---|
| **$520,008.81** | **Total debits** | Less: Transfers to other operating Account |
| 519,500.00 | | Less: Transfers to P/R Acct. |
| 10.68 | | Total NON-check disbursements Nov |
| 498.13 | | |

**Daily ledger balance**



| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 553.54 | 11/09 | 277.90 | 11/21 | 623.02 |
| 11/01 | 7,908.79 | 11/13 | 119.65 | 11/22 | 2,296.77 |
| 11/02 | 16,432.41 | 11/14 | 473.97 | 11/24 | 247,459.51 |
| 11/03 | 640.10 | 11/15 | 3,017.52 | 11/27 | 512.16 |
| 11/06 | 2,801.18 | 11/16 | 4,244.40 | 11/28 | 33,854.57 |
| 11/07 | 4,277.90 | 11/20 | 5,663.42 | 11/29 | 854.57 |

**Average daily ledger balance**  **$28,288.44**

# ☑ IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your business account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

**Effective Feb 15, 2018:**
If a business debit card or business ATM card purchase amount exceeds the current available balance* in the primary linked checking or savings account when you are making a purchase, you may be able to use your available balance to pay for a portion of the total purchase. The transaction will be subject to a partial authorization daily purchase limit set by the bank and your card's daily dollar limit.

We will first try to approve the full amount of the purchase with available funds in your checking account, account(s) linked for Overdraft Protection, and, if you are enrolled, using debit card overdraft service.

If this cannot result in an approval of the full amount of the purchase, the bank may approve a portion of the purchase using the remaining available funds in your checking account. This is called a "partial authorization." Here are some important details about partial authorizations:
- The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card.
- If you are unable/unwilling to provide an additional form of payment, the partial authorization will be reversed by the merchant.
- Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

Thank you for being a Wells Fargo business customer. As a valued Wells Fargo customer we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.

*This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.



————————

Effective January 1, 2018 the following standard fees on your analyzed checking account will change:
- Monthly maintenance: $22.00
- Paper checking account statement: $0.00
- Paper client analysis statement: $0.00

If you have any questions regarding these changes please visit wellsfargo.com/biz/fee-information, contact your local
banker, or call the number at the top of your statement.

————————

**New limits on Fees**

Effective November 6, 2017, we will waive overdraft or returned item (Non-Sufficient Fund/NSF) fees on any transactions that are $5 or
less, regardless of your ending account balance. We will continue to waive overdraft fees on all posted transactions if both your ending
daily account balance and your available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds
after all transactions have posted.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole
proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of
information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR.
97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with
supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an
identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number:  **1098210782**  ■  October 1, 2017 - October 31, 2017  ■  Page 1 of 4



**WELLS FARGO**

DEVAL CORPORATION
DEBTOR IN POSSESSION
CH 11 CASE # 16-17922(EPA)
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

 IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1098210782 | $14,180.07 | $232,067.84 | -$245,694.37 | $553.54 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/16 | 89.91 | Mobile Deposit : Ref Number :912160146801 |
| | 10/16 | 190.70 | Mobile Deposit : Ref Number :812160146519 |
| | 10/16 | 4,446.00 | Mobile Deposit : Ref Number :812160146684 |
| | 10/17 | 2,626.12 | Mobile Deposit : Ref Number :705170315988 |
| | | **$7,352.73** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 75.78 | Purchase Return authorized on 09/28 McMaster-Carr 630-834-9600 IL S617273592662261 Card 0513 |
| | 10/02 | 5,980.54 | Bankcard Merch Dep 170929 948908412000018 Deval Corporation |
| | 10/03 | 923.23 | Bankcard Merch Dep 171002 948908412000018 Deval Corporation |
| | 10/05 | 359.78 | Bankcard Merch Dep 171004 948908412000018 Deval Corporation |

Account number: **1098210782** ■ October 1, 2017 - October 31, 2017 ■ Page 2 of 4


WELLS FARGO

*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/05 | 17,327.39 | Treas 310 Misc Pay 100517 1120197008050 \Dtm*003*20170929\SE*15*000000265\GE*1*0\lea*1*00 |
| | 10/05 | 28,239.65 | DFAS-CO Invoice 0000000\ |
| | 10/10 | 7,573.79 | Treas 310 Misc Pay 101017 1120197008050 00000263\GE*1*0\lea*1*000000001\ |
| | 10/11 | 6.73 | Cash Deposited Fees Assessed IN Error |
| | 10/11 | 6,019.32 | DFAS-CO Invoice 4*000000688\GE*1*0\lea*1*000000000\ |
| | 10/11 | 11,481.40 | Treas 310 Misc Pay 101117 1120197008050 *11481.40\Dtm*003*20171003\SE*9*000000315\GE*1*0\ |
| | 10/11 | 42,099.00 | DFAS-CO Invoice \ |
| | 10/13 | 1,985.78 | DFAS-CO Invoice 002\Dtm*003*170921\SE*15*000000661\GE*1*0\lea*1*0 |
| | 10/13 | 28,239.65 | DFAS-CO Invoice 0000000\ |
| | 10/16 | 12,005.62 | Treas 310 Misc Pay 101617 1120197008050 *20171006\SE*15*000000185\GE*1*0\lea*1*000000001\ |
| | 10/17 | 206.31 | Bankcard Merch Dep 171016 948908412000018 Deval Corporation |
| | 10/19 | 1,850.92 | Bankcard Merch Dep 171018 948908412000018 Deval Corporation |
| | 10/23 | 3,461.07 | Treas 310 Misc Pay 102317 1120197008050 00000172\GE*1*0\lea*1*000000001\ |
| | 10/24 | 207.07 | Bankcard Merch Dep 171023 948908412000018 Deval Corporation |
| | 10/24 | 8,535.98 | Treas 310 Misc Pay 102417 1120197008050 00000095\GE*1*0\lea*1*000000001\ |
| | 10/24 | 20,005.44 | DFAS-CO Invoice 0000000\ |
| | 10/25 | 2,953.44 | Treas 310 Misc Pay 102517 1120197008050 953.44\Dtm*003*20171011\SE*9*000000127\GE*1*0\lea |
| | 10/26 | 170.41 | Bankcard Merch Dep 171025 948908412000018 Deval Corporation |
| | 10/31 | 25,006.81 | DFAS-CO Invoice 0000000\ |
| | | **$224,715.11** | **Total electronic deposits/bank credits** |
| | | **$232,067.84** *OCT.* | **Total credits** |

## Debits

Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 75.78 | Purchase authorized on 09/28 McMaster-Carr 630-834-9600 IL S387272207738752 Card 0513 |
| | 10/02 | 409.64 | Bankcard Merch Fees 170929 948908412000018 Deval Corporation |
| | 10/03 | 416.58 < | Business to Business ACH Debit - Partsbase.Com Prts_ECHK M40338991417 Deval Corporation |
| | 10/04 | 9,875.72 < | Business to Business ACH Debit - IRS Usataxpymt 100417 270767731208968 Deval Corporation |
| | 10/05 | 53,000.00 ← | WT Fed#03543 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000007413187 Trn#171005117028 Rfb# 1386 |
| | 10/10 | 10.75 | Recurring Payment authorized on 10/08 Microsoft *Msn 800-642-7676 WA S587281388891386 Card 0513 |
| | 10/11 | 144.27 | Client Analysis Srvc Chrg 171010 Svc Chge 0917 000001098210782 |

Account number: **1098210782**  ■  October 1, 2017 – October 31, 2017  ■  Page 3 of 4



## Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/11 | 8.99 | Recurring Payment authorized on 10/10 Scribd Inc 141-58969890 CA S387282789521382 Card 3200 |
| | 10/11 | 3.49 | Recurring Payment authorized on 10/10 Register.Com*13594 877-731-4442 FL S467279431606079 Card 0513 |
| | 10/12 | 68,000.00 ✒ | WT Fed#03559 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw0000007547889 Trn#171012037063 Rfb# 1387 |
| | 10/12 | 100.00 ✓ | Online Transfer to Deval Corporation Business Checking xxxxxx0790 Ref *P/R Acct* #Ib03Tylczg on 10/12/17 |
| | 10/12 | 113.74 < | Business to Business ACH Debit - IRS Usataxpymt 101217 270768501814207 Deval Corporation |
| | 10/18 | 10.75 | Recurring Payment authorized on 10/17 Microsoft *Msn 800-642-7676 WA S387290707360957 Card 0513 |
| | 10/18 | 48,500.00 ✒ | WT Fed#03819 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000007687468 Trn#171018034226 Rfb# 1388 |
| | 10/19 | 19.66 | Recurring Payment authorized on 10/18 Sxm*Siriusxm.Com/A 888-635-5144 NY S387291311666862 Card 3200 |
| | 10/25 | 37,000.00 ✒ | WT Fed#03300 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000007852106 Trn#171025036726 Rfb# 1389 |
| | 10/26 | 2,600.00 ✒ | WT Fed#06717 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000007891109 Trn#171026063934 Rfb# 1390 |
| | 10/27 | 89.00 | Purchase authorized on 10/26 Vectorvest 330-867-2814 OH S387299259933067 Card 3200 |
| | 10/31 | 25,000.00 ✒ | WT Fed#08468 1St Colonial Commu /Ftr/Bnf=Deval Life Cycle Support, LLC Srf# Gw00000008026465 Trn#171031166882 Rfb# 1391 |

|  | **$245,378.37** | Total electronic debits/bank debits |
|---|---|---|
|  | *234,100.00* | *Less: Transfers to other operating Account* |
|  | *100.00* | *Less: Transfers to P/R Acct.* |
| **Checks paid** | *11,178.37* | *Total Non-check disbursements-Oct.* |

| Number | Amount | Date |
|---|---|---|
| 31120 | 316.00 | 10/02 |
|  | **$316.00** | Total checks paid |

|  | **$245,694.37** | **Total debits** |
|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 14,180.07 | 10/12 | 1,791.72 | 10/23 | 8,363.39 |
| 10/02 | 19,434.97 | 10/13 | 32,017.15 | 10/24 | 37,111.88 |
| 10/03 | 19,941.62 | 10/16 | 48,749.38 | 10/25 | 3,065.32 |
| 10/04 | 10,065.90 | 10/17 | 51,581.81 | 10/26 | 635.73 |
| 10/05 | 2,992.72 | 10/18 | 3,071.06 | 10/27 | 546.73 |
| 10/10 | 10,555.76 | 10/19 | 4,902.32 | 10/31 | 553.54 |
| 10/11 | 70,005.46 | | | | |

| | Average daily ledger balance | **$13,932.86** |
|---|---|---|

Account number:  **1098210782**  ■  October 1, 2017 – October 31, 2017  ■  Page 4 of 4



NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Exhibit B

**OFFICE OF THE UNITED STATES TRUSTEE**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: DeVal Corporation                    Bank: Wells Fargo

Bankruptcy Number: 16-17922 amc                   Account Number: 1098210790

Date of Confirmation: Aug. 23, 2017               Account Type: Checking P/R DIP

Reporting Period (month/year): Oct through Dec 2017

| | | |
|---|---|---|
| Beginning Cash Balance: | | $776.71 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Transfers from WF Ops - DIP Account | $110.68 | |
| Collection of Accounts Receivable: | $0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $0.00 | |
| Sale of Debtor's Assets: | $0.00 | |
| Capital Infusion pursuant to the Plan: | $0.00 | |
| Total of cash received: | $110.68 | |

| | |
|---|---|
| Total of cash available: | $887.39 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | 887.39 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | $0.00 |
| All other disbursements made in the ordinary course: | | $0.00 |
| **Total Disbursements** | $ | 887.39 |
| Transfers to DRO Account - Wells Fargo | $ | - |
| Transfers to Operating Account - Wells Fargo | $ | - |
| Ending Cash Balance | | $0.00 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Richard J. Puleo   Debtor's Representative    January 26, 2018

Debtor: DeVal Corporation

Case Number: 16-17922 amc

# Analyzed Business Checking



Account number: **1098210790** ■ December 1, 2017 - December 31, 2017 ■ Page 1 of 2

*(Payroll Acct)*



DCEP11DTFU  000692

DEVAL CORPORATION
DEBTOR IN POSSESSION
CH 11 CASE # 16-17922  (EPA)
7341 TULIP ST
PHILADELPHIA PA 19136-4215

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## ☑ IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Closing balance |
|---|---|---|---|---|
| 1098210790 | $0.00 | $0.00 | $0.00 | $0.00 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 12/01 | 0.00 | Payoff Debit, Non-Interest Without Fee | *Account Closed.* |
| | | $0.00 | **Total electronic debits/bank debits** | |
| | | $0.00 | **Total debits** | |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/30 | 0.00 | 12/01 | 0.00 |
| | **Average daily ledger balance** | **$0.00** | |

# Analyzed Business Checking

Account number:  **1098210790**  ■  November 1, 2017 - November 30, 2017  ■  Page 1 of 2



**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

DEVAL CORPORATION
DEBTOR IN POSSESSION
CH 11 CASE # 16-17922  (EPA)
7341 TULIP ST
PHILADELPHIA PA 19136-4215

## ✓ IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1098210790 | $48.92 | $10.68 | -$59.60 | $0.00 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/14 | 10.68 | Online Transfer From Deval Corporation Business Checking xxxxxx0782 Ref #Ib03Xyyf57 on 11/14/17 |
| | | $10.68 | **Total electronic deposits/bank credits** |
| | | $10.68 | **Total credits** |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/13 | 59.60 | Client Analysis Srvc Chrg 171110 Svc Chge 1017 000001098210790 |
| | | $59.60 | **Total electronic debits/bank debits** |
| | | $59.60 | **Total debits** |

*Total non-check disbursements - Nov.*



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|--------|------|--------|------|--------|
| 10/31 | 48.92 | 11/13 | -10.68 | 11/14 | 0.00 |
| | Average daily ledger balance | **$19.21** | | | |

 IMPORTANT ACCOUNT INFORMATION

Effective January 1, 2018 the following standard fees on your analyzed checking account will change:
- Monthly maintenance: $22.00
- Paper checking account statement: $0.00
- Paper client analysis statement: $0.00

If you have any questions regarding these changes please visit wellsfargo.com/biz/fee-information, contact your local banker, or call the number at the top of your statement.

**New limits on Fees**

Effective November 6, 2017, we will waive overdraft or returned item (Non-Sufficient Fund/NSF) fees on any transactions that are $5 or less, regardless of your ending account balance. We will continue to waive overdraft fees on all posted transactions if both your ending daily account balance and your available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds after all transactions have posted.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number:  **1098210790**  ■  October 1, 2017 - October 31, 2017  ■  Page 1 of 2



 DEVAL CORPORATION
DEBTOR IN POSSESSION
CH 11 CASE # 16-17922  (EPA)
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

Write:  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## ▼ IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1098210790 | $16,500.22 | $100.00 | -$16,551.30 | $48.92 |

### Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/12 | 100.00 | Online Transfer From Deval Corporation Business Checking xxxxxx0782 Ref #Ib03Tylczg on 10/12/17 |
| | | $100.00 | **Total electronic deposits/bank credits** |
| | | $100.00 | **Total credits** |

Account number:   1098210790   ■   October 1, 2017 - October 31, 2017   ■   Page 2 of 2



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/05 | 740.91 | < Business to Business ACH Debit - Commwlthofpa Int Paemploytx 170929 |
| | | | xxxxx3195 Txp*11686714 *1051 *170929*T*0000074091* *P |
| | 10/11 | 86.88 | Client Analysis Srvc Chrg 171010 Svc Chge 0917 000001098210790 |
| | | **$827.79** | **Total electronic debits/bank debits** |

*< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

*Total Non-Check disbursements - Oct* (handwritten)

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 61061 | 1,408.27 | 10/18 | 61141 * | 251.05 | 10/12 | 61161 * | 459.80 | 10/02 |
| 61097 * | 1,357.21 | 10/18 | 61144 * | 1,366.78 | 10/10 | 61162 | 103.85 | 10/04 |
| 61107 * | 343.26 | 10/12 | 61148 * | 22.64 | 10/04 | 61164 * | 75.00 | 10/03 |
| 61129 * | 1,311.97 | 10/18 | 61153 * | 222.33 | 10/11 | 61166 * | 1,320.43 | 10/18 |
| 61135 * | 4,066.97 | 10/04 | 61156 * | 669.47 | 10/02 | 61167 | 1,099.07 | 10/06 |
| 61136 | 811.20 | 10/03 | 61159 * | 718.99 | 10/02 | 61168 | 115.22 | 10/27 |
| | | | **$15,723.51** | **Total checks paid** | | | | |

* Gap in check sequence.

| | $16,551.30 | Total debits |
|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 16,500.22 | 10/05 | 8,831.39 | 10/12 | 5,562.02 |
| 10/02 | 14,651.96 | 10/06 | 7,732.32 | 10/18 | 164.14 |
| 10/03 | 13,765.76 | 10/10 | 6,365.54 | 10/27 | 48.92 |
| 10/04 | 9,572.30 | 10/11 | 6,056.33 | | |
| | **Average daily ledger balance** | **$4,573.12** | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Exhibit C

**OFFICE OF THE UNITED STATES TRUSTEE**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | |
|---|---|
| Debtor's Name: DeVal Corporation | Bank: Wells Fargo |
| Bankruptcy Number: 16-17922 amc | Account Number: 1120348014 |
| Date of Confirmation: Aug. 23, 2017 | Account Type: Checking DRO Account |

Reporting Period (month/year): Oct through Dec 2017

|  |  |
|---|---|
| Beginning Cash Balance: | $23,612.14 |

All receipts received by the debtor:

| | |
|---|---|
| Transfers from WF P/R Account | $0.00 |
| Bank credit adjustment / voided check | $371.04 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $371.04 |

Total of cash available:  $23,983.18

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | 20,168.90 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | $0.00 |
| All other disbursements made in the ordinary course: | | $94.16 |
| **Total Disbursements** | $ | 20,263.06 |
| Transfers to other accounts | | $0.00 |

Ending Cash Balance  $3,720.12

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Richard J. Puleo   Debtor's Representative   January 26, 2018

Debtor: DeVal Corporation

Case Number: 16-17922 amc

DeVal Corporation
Disbursements Journal
For the Qtr Ended 12/31/17                                            Page Number      1

| G/L Acct Number | Vendor Number | Name | * | Date | Number | Gross Amt | Discount Amt | Net Amt | * Record Number | Misc Codes | | Cat. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101-WF | P022 | PDI GROUND SUPPORT | | 10/04/17 | 1089 | 9540.57 | .00 | 9540.57 | 4461 | Y | D | M |
| 101-WF | S212 | SUSQUEHANNA BANK | | 10/04/17 | 1090 | 1296.14 | .00 | 1296.14 | 4462 | Y | D | O |
| 101-WF | W071 | WELLS FARGO BANK, NA | | 10/04/17 | 1091 | 1136.41 | .00 | 1136.41 | 4463 | Y | D | O |
| 101-WF | C082B | CIT TECHNOLOGY FIN | | 10/06/17 | 1092 | 2240.34 | .00 | 2240.34 | 4471 | Y | D | O |
| 101-WF | P286 | RICHARD J. PULEO | | 10/06/17 | 1093 | 2500.00 | .00 | 2500.00 | 4472 | Y | D | O |
| 101-WF | U040 | UPS | | 10/06/17 | 1094 | 249.62 | .00 | 249.62 | 4473 | Y | D | O |
| 101-WF | L041B | LEXUS FINANCIAL | | 12/14/17 | 1095 | 3205.82 | | 3205.82 | 4474 | Y | D | O |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21712 | | | 12/14/17 | | 20168.90 | .00 | 20168.90 | | 7 | |
| Breakdown | | | | | | | | | | |

| | | |
|---|---|---|
| B) | Bank Payment | .00 |
| M) | Purchases - Material | 9540.57 |
| O) | Purchases - Overhead | 10628.33 |
| T) | Taxes | .00 |
| I) | Insurances | .00 |
| R) | Rent | .00 |
| U) | Utilities | .00 |
| P) | Payroll | .00 |

*Oct → 16,963.08*
*Dec → 3,205.82*

Total =   20168.90

_Note_: check #1013 for $20.00 was voided and added back to cash on Quarterly Report.

# Analyzed Business Checking



**Account number: 1120348014** ■ December 2, 2017 - January 1, 2018 ■ Page 1 of 1

*DRO Acct.*

DCEP11DTFX  000001

DCEP11DTFX  000001

DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary
### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1120348014 | $37,708.63 | $0.00 | -$12,362.14 | $25,346.49 |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/11 | 29.38 | Client Analysis Srvc Chrg 171208 Svc Chge 1117 000001120348014 |
| | | **$29.38** | **Total electronic debits/bank debits** *Non-check disbursement-Dec* |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1095 | 3,205.82 | 12/27 | 1096 | 6,053.53 | 12/19 | 1097 | 3,073.41 | 12/19 |
| | **$12,332.76** | | **Total checks paid** | | | | | |

| | **$12,362.14** | | **Total debits** | | | |
|---|---|---|---|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 37,708.63 | 12/19 | 28,552.31 | 12/27 | 25,346.49 |
| 12/11 | 37,679.25 | | | | |
| | **Average daily ledger balance** | **$32,945.45** | | | |

*Less: O/S checks ‹21,626.37›*

*Balance #3,720.12*

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

OUTSTANDING CHECKS 7

Acct #1120348014 (DRO Account)

**Wells Fargo - Checks Ctrl-a**                                                    **21626.37**

| 1009 | 09/22/17 | AIREX RUBBER PRODUCT  | 2161.76 |
| 1048 | 09/22/17 | MC CAY TOOL &         | 1900.00 |
| 1049 | 09/22/17 | MCMASTER-CARR SUPPLY  | 6088.70 |
| 1078 | 09/22/17 | TECH STEEL &          | 559.75  |
| 1079 | 09/22/17 | TIMKEN CO.            | 8769.57 |
| 1081 | 09/22/17 | THYSSENKRUPP          | 821.73  |
| 1086 | 09/22/17 | VERIZON (H)           | 1324.86 |

# Analyzed Business Checking



Account number: **1120348014** ■ November 2, 2017 - December 1, 2017 ■ Page 1 of 2

DCEP11DTFK  000005


DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

Write:  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

---

## ☑ IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable to your account.

---

## Account summary
### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1120348014 | $41,549.69 | $0.00 | -$3,841.06 | $37,708.63 |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/13 | 29.21 | Client Analysis Srvc Chrg 171110 Svc Chge 1017 000001120348014 |
| | | **$29.21** | **Total electronic debits/bank debits** Non- Check disbursement - Nov |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1024 Estes | 3,183.67 | 11/02 | 1084* UPS | 378.56 | 11/30 | 1094* UPS | 249.62 | 11/30 |
| | **$3,811.85** | | **Total checks paid** | | | | | |

*\* Gap in check sequence.*

| | **$3,841.06** | **Total debits** |
|---|---|---|

Account number: **1120348014** ■ November 2, 2017 - December 1, 2017 ■ Page 2 of 2



**WELLS FARGO**

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 41,549.69 | 11/13 | 38,336.81 | 11/30 | 37,708.63 |
| 11/02 | 38,366.02 | | | | |

**Average daily ledger balance**    **$38,305.64**



# ✔ IMPORTANT ACCOUNT INFORMATION

If you currently receive online statements, starting in March, we will consider your statement delivered to you when it has been posted to wellsfargo.com. Your online account statement will be made available through Wells Fargo Online® Banking 24 - 48 hours after the end of your statement period. We will continue to notify you when your statement becomes available via the email address you provided. If you receive paper statements, we will continue to send your statements through U.S. Mail.

If you would like to change your delivery preference, sign on at wellsfargo.com or the Wells Fargo mobile app and go to Update Contact Information or call us at 1-800-956-4442, 24 hours a day, 7 days a week.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



# Analyzed Business Checking

Account number:  1120348014   ■  October 2, 2017 - November 1, 2017   ■   Page 1 of 3



DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

 IMPORTANT ACCOUNT INFORMATION

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

## Account summary

### *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1120348014 | $398,913.91 | $351.04 | -$357,715.26 | $41,549.69 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 10/23 | 10/31 | 351.04 | Cstar Adj Ref # A-7103010566AZ |
| | | **$351.04** | **Total electronic deposits/bank credits** |
| | | **$351.04** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/11 | 35.57 | Client Analysis Srvc Chrg 171010 Svc Chge 0917 000001120348014 |
| | | **$35.57** | **Total electronic debits/bank debits** |

*Non-Check disbursement - Oct*

Sheet Seq = 0000001
Sheet 00001 of 00003

Account number:  **1120348014**  ▪  October 2, 2017 - November 1, 2017  ▪  Page 2 of 3



**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 004 | 1,493.56 | 10/17 | 1034 * | 10,867.53 | 10/23 | 1061 | 8,457.15 | 10/12 |
| 004 | 2,240.34 | 10/17 | 1035 | 597.00 | 10/04 | 1062 | 150.32 | 10/12 |
| 1002 * | 19,088.88 | 10/05 | 1036 | 2,000.00 | 10/10 | 1063 | 1,305.00 | 10/10 |
| 1006 * | 560.00 | 10/02 | 1037 | 6,603.00 | 10/16 | 1065 * | 1,610.00 | 10/03 |
| 1007 | 37.80 | 10/02 | 1038 | 393.75 | 10/03 | 1066 | 670.96 | 10/04 |
| 1008 | 3,798.50 | 10/03 | 1039 | 93.00 | 10/05 | 1067 | 1,015.76 | 10/02 |
| 1010 * | 6,700.00 | 10/02 | 1040 | 1,450.25 | 10/26 | 1069 * | 2,640.97 | 10/10 |
| 1012 * | 4,572.48 | 10/02 | 1041 | 154.75 | 10/02 | 1070 | 300.00 | 10/02 |
| 1014 * | 1,824.39 | 10/04 | 1042 | 2,006.50 | 10/10 | 1072 * | 2,158.44 | 10/02 |
| 1015 | 6,047.43 | 10/11 | 1043 | 21,696.61 | 10/02 | 1073 | 1,200.00 | 10/02 |
| 1016 | 400.00 | 10/10 | 1044 | 2,116.55 | 10/02 | 1074 | 2,284.82 | 10/10 |
| 1018 * | 3,315.37 | 10/02 | 1045 | 1,535.00 | 10/02 | 1075 | 725.23 | 10/23 |
| 1019 | 3,000.00 | 10/03 | 1046 | 397.26 | 10/03 | 1083 * | 680.30 | 10/05 |
| 1020 | 400.00 | 10/05 | 1047 | 6,219.06 | 10/05 | 1085 * | 351.04 | 10/23 |
| 1021 | 150.15 | 10/10 | 1052 *^ | 6,246.27 | 10/20 | 1087 * | 823.99 | 10/13 |
| 1023 * | 1,906.20 | 10/02 | 1054 * | 1,325.92 | 10/03 | 1088 | 16,530.00 | 10/02 |
| 1026 * | 413.00 | 10/02 | 1055 | 632.55 | 10/03 | 1089 | 9,540.57 | 10/10 |
| 1027 | 1,403.42 | 10/10 | 1056 | 36,022.00 | 10/16 | 1090 | 1,296.14 | 10/11 |
| 1030 * | 102.09 | 10/06 | 1057 | 142,941.00 | 10/02 | 1091 | 1,136.41 | 10/16 |
| 1031 | 1,283.40 | 10/16 | 1060 * | 267.58 | 10/12 | 1093 * | 2,500.00 | 10/23 |

**$357,679.69**        Total checks paid

\* *Gap in check sequence.*

^ *Converted check: Check converted to an electronic format by your payee or designated representative.  Checks converted to electronic format cannot be returned, copied or imaged.  See section below for item details.*

**Converted check information**

| Check | Transaction detail |
|---|---|
| | The following checks were converted to electronic transactions.  Image not available. |
| 1052 | Nationwide Mutua Checkpaymt 171020 01052 |

**$357,715.26**        Total debits

**Daily ledger balance summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 398,913.91 | 10/10 | 129,195.86 | 10/17 | 63,338.97 |
| 10/02 | 191,760.95 | 10/11 | 121,816.72 | 10/20 | 57,092.70 |
| 10/03 | 180,602.97 | 10/12 | 112,941.67 | 10/23 | 42,648.90 |
| 10/04 | 177,510.62 | 10/13 | 112,117.68 | 10/26 | 41,198.65 |
| 10/05 | 151,029.38 | 10/16 | 67,072.87 | 10/31 | 41,549.69 |
| 10/06 | 150,927.29 | | | | |

Average daily ledger balance    **$92,036.64**

 IMPORTANT ACCOUNT INFORMATION

Account number:  **1120348014**  ▪  October 2, 2017 - November 1, 2017  ▪  Page 3 of 3



**New limits on Fees**

Effective November 6, 2017, we will waive overdraft or returned item (Non-Sufficient Fund/NSF) fees on any transactions that are $5 or less, regardless of your ending account balance. We will continue to waive overdraft fees on all posted transactions if both your ending daily account balance and your available balance are overdrawn by $5 or less and there are no items returned for non-sufficient funds after all transactions have posted.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.