*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: DeVal Corporation
    Debtor(s)

Case No: 16–17922–amc

Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

APPLICATION FOR ADMINISTRATIVE EXPENSES PURSUANT TO SECTIONS 503(B)(3)(D) AND 503(D)(4) OF THE BANKRUPTCY CODE FILED BY PDI/DEVAL ACQUISITION, LLC REPRESENTED BY JAMES M. MATOUR COUNSEL.

on: 8/1/18

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/25/18

Timothy B. McGrath
Clerk of Court