United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17922-amc
DeVal Corporation                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: BarbaraT          Page 1 of 1          Date Rcvd: Jun 25, 2018
                             Form ID: 167            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
db         +DeVal Corporation,    7341 Tulip Street,    Philadelphia, PA 19136-4215
aty        +SMITH KANE HOLMAN LLC,    112 Moores Road Ste 300,    Malvern, Pa 19355-1002
cr         +Branch Banking & Trust Company,    c/o Joseph P. Schalk, Esquire,    Barley Snyder,
             126 East King Street,    Lancaster, PA 17602-2893
acc        +MICHAEL C. LINGERMAN,    8100 Roosevelt Blvd,    Philadelphia, Pa 19152-2900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:15:01      City of Philadelphia,
             Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              DAVID B. SMITH    on behalf of Debtor    DeVal Corporation dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              JAMES M. MATOUR    on behalf of Creditor    PDI/DeVal Acquisition, LLC jmatour@dilworthlaw.com,
               cseverino@dilworthlaw.com;cct@dilworthlaw.com
              JAMES M. MATOUR    on behalf of Creditor    PDI Ground Support Systems, Inc.
               jmatour@dilworthlaw.com,    cseverino@dilworthlaw.com;cct@dilworthlaw.com
              JOEL C. SHAPIRO    on behalf of Creditor    Hillock Realty Associates shapiro-jc@blankrome.com
              JOEL C. SHAPIRO    on behalf of Creditor    Hillock Anodizing, Inc. shapiro-jc@blankrome.com
              JOHN P. LEON   on behalf of Interested Party    Parts Life, Inc. jleon@subranni.com,
               desk@subranni.com;szauber@subranni.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Branch Banking & Trust Company jschalk@barley.com,
               cbrelje@barley.com;jrachor@barley.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              NATHALIE  PAUL    on behalf of Creditor    CIT Bank, National Association npaul@weltman.com,
               PitEcf@weltman.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              ROBERT M. GREENBAUM    on behalf of Debtor    DeVal Corporation rgreenbaum@sgllclaw.com,
               rgreenbaum@skhlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: DeVal Corporation
Debtor(s)

Case No: 16–17922–amc
Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

APPLICATION FOR ADMINISTRATIVE EXPENSES PURSUANT TO SECTIONS 503(B)(3)(D)AND 503(D)(4)OF THE BANKRUPTCY CODE FILED BY PDI/DEVAL ACQUISITION,LLC REPRESENTED BY JAMES M. MATOUR COUNSEL.

on: 8/1/18

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date:  6/25/18

For The Court

Timothy B. McGrath
Clerk of Court

240 – 239
Form 167