**Debtor's Name: DeVal Corporation**

**Bankruptcy Number: 16-17922 amc**

**DISBURSEMENTS SUMMARY REPORT - 2ND QTR 2018**

| Acct Number | Acct Type | April | May | June | Total |
|---|---|---|---|---|---|
| 0782 | WF Checking - Ops | $51.99 | $0.00 | $0.00 | $51.99 |
| | | | | | |
| 8014 | WF Checking - DRO | $52.56 | $207.55 | $22.58 | $282.69 |
| | | | | | |
| Grand Total | | | | | $334.68 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Richard J. Puleo   Debtor's Representative   July 26, 2018

Debtor: DeVal Corporation

Case number: 16-17922 amc

# DeVal Corporation
## Attachments to Post-Confirmation Quarterly Summary Report
### 1Q2018

**Exhibit A**: Post-Confirmation Quarterly Summary Report for Wells Fargo DIP Operating Account No. xxxx0782

**Exhibit B**: Post-Confirmation Quarterly Summary Report for Wells Fargo Plan Disbursement Account No. xxxx8014

# Exhibit A

OFFICE OF THE UNITED STATES TRUSTEE
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: DeVal Corporation                    Bank: Wells Fargo

Bankruptcy Number: 16-17922 amc                    Account Number:        0782

Date of Confirmation: Aug. 23, 2017                Account Type: Checking Operations - DIP

Reporting Period (month/year): April through June 2018

Beginning Cash Balance:                                            -$50.14

All receipts received by the debtor:

| | | |
|---|---|---|
| Progress Payments | $0.00 | |
| Transfers from WF DRO Account | $102.13 | |
| Collection of A/R for Deval Life Cycle Support, LLC: | $0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $0.00 | |
| Sale of Debtor's Assets: | $0.00 | |
| Capital Infusion pursuant to the Plan: | $0.00 | |
| Bank credits / refunds | $0.00 | |
| Total of cash received: | $102.13 | |

Total of cash available:                                          $51.99

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $51.99 |
| **Total Disbursements** | **$51.99** |
| Transfers to Deval Life Cycle Support in accordance with the confirmed 3rd Amended Plan of reorganization | $0.00 |
| Transfers to P/R - DIP Account - Wells Fargo | $      - |

Ending Cash Balance                                              $0.00

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Richard J. Puleo    Debtor's Representative    July 26, 2018

Debtor: DeVal Corporation

Case Number: 16-17922 amc

# Analyzed Business Checking



Account number:   0782 ▧ April 1, 2018 - April 30, 2018 ▧ Page 1 of 2

DCEP11DTG7  000687

|ıl|ıı||ıl|lıl||ı||ılıı||ıı||lılı||ı||ıılllılı||ı||llı||ı||lıııl|ılııı|

DEVAL CORPORATION
DEBTOR IN POSSESSION
CH 11 CASE # 16-17922(EPA)
7341 TULIP ST
PHILADELPHIA PA 19136-4215

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

*Account Closed.*

| Account number | Beginning balance | Total credits | Total debits | Closing balance |
|---|---|---|---|---|
| 0782 | -$50.14 | $102.13 | -$51.99 | $0.00 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/13 | 102.13 | CR-Right of Setoff From Dep Acct Ending IN 8014 *(DR© Acct)* |
| | | $102.13 | **Total electronic deposits/bank credits** |
| | | $102.13 | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/11 | 51.99 | Client Analysis Srvc Chrg 180410 Svc Chge 0318 000001098210782 |
| | 04/26 | 0.00 | Payoff Debit, Non-Interest Without Fee |
| | | $51.99 | **Total electronic debits/bank debits** |
| | | $51.99 | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | -50.14 | 04/13 | 0.00 | 04/26 | 0.00 |
| 04/11 | -102.13 | | | | |
| **Average daily ledger balance** | **-$23.52** | | | | |

DCEP11DTG7  000687   NNNNNNNNNN NNN NNN 001 001  345 002283   20771477.1

# Exhibit B

OFFICE OF THE UNITED STATES TRUSTEE
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: DeVal Corporation                        Bank: Wells Fargo

Bankruptcy Number: 16-17922 amc                         Account Number: . . .8014

Date of Confirmation: Aug. 23, 2017                     Account Type: Checking DRO Account

Reporting Period (month/year): April through June 2018

|  | Beginning Cash Balance: | $2,330.84 |
|---|---|---|

All receipts received by the debtor:

| Transfers from WF P/R Account | $0.00 |
|---|---|
| Bank credit adjustment / voided check* | $188.24 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $188.24 |

Total of cash available:                                $2,519.08

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $282.69 |
| **Total Disbursements** | $ 282.69 |
| Transfers to other accounts | $102.13 |

Ending Cash Balance                                     $2,134.26

* Re-issue of voided check was $188.24 less than original check as per vendor's request.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Richard J. Puleo   Debtor's Representative_   July 26, 2018

Debtor: DeVal Corporation

Case Number: 16-17922 amc

# Analyzed Business Checking

Account number:    8014 ■ June 2, 2018 - July 1, 2018 ■ Page 1 of 2



DCEP11DTHX  000001

DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

*ALL checks have cleared,
No o/s Checks.*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8014 | $4,318.60 | $0.00 | -$2,184.34 | $2,134.26 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/11 | 22.58 | Client Analysis Srvc Chrg 180608 Svc Chge 0518 000001120348014 |
| | | $22.58 | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | |
|---|---|---|---|
| 1101 | 2,161.76 | 06/12 | |
| | $2,161.76 | | **Total checks paid** |
| | $2,184.34 | | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/01 | 4,318.60 | 06/11 | 4,296.02 | 06/12 | 2,134.26 |
| | **Average daily ledger balance** | **$2,861.62** | | | |

## ☑ IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account

DCEP11DTHX 000001  NNNNNNNNNN NNN NNN 001 001 345 000009  208365701

# Analyzed Business Checking

Account number: 1  8014 ■ May 2, 2018 - June 1, 2018 ■ Page 1 of 2



DCEP11DTHK  000006

ı|ııp|ıl|ı||ıp||ıll|ıııll||ııı||ı||ııl|ı|ıp|ı||ı|||ı|ı||ıı|ı|ı||ıı

DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8014 | $17,713.82 | $0.00 | -$13,395.22 | $4,318.60 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/11 | 207.55 | Client Analysis Srvc Chrg 180510 Svc Chge 0418 000001120348014 |
| | | $207.55 | Total electronic debits/bank debits |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1100 | 1,900.00 | 05/07 | 1103 | 633.49 | 05/29 | 1105 | 1,324.86 | 05/22 |
| 1102 | 8,769.57 | 05/29 | 1104 | 559.75 | 05/31 | | | |
| | $13,187.67 | | Total checks paid | | | | | |

\* Gap in check sequence.

| | $13,395.22 | Total debits |
|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 17,713.82 | 05/11 | 15,606.27 | 05/29 | 4,878.35 |
| 05/07 | 15,813.82 | 05/22 | 14,281.41 | 05/31 | 4,318.60 |

Average daily ledger balance    $14,253.45

DCEP11DTHK 000006  NNNNNNNNNN NNN NNN 001 001  345 000031    20804529.1

**WELLS FARGO BANK - DEBTOR REPRESENTATIVE OFFICER ACCOUNT**
**ACCOUNT #      8014**
**CHECKING ACCOUNT REGISTER**
**APRIL 2018**

| DATE | COMMENTS | DEPOSITS | PAYMENTS | BALANCE |
|------|----------|----------|----------|---------|
| 04-01 | Balance | | | 2,330.84 |
| 04-11 | Monthly service charge | | (52.56) | 2,278.28 |
| 04-13 | Debit TRANS To #0782 | | (102.13) | 2,176.15 |
| 04-25 | void 1009, 48 78 79 81 86 | 15,537.67 | | 17,713.82 |
| 04-27 | 1100 reissue Mccay | | (1,900.00) | 15,813.82 |

WF DRO ACCT 0418 DEVAL.xlsx