**AMENDED EXHIBIT A**

DEVAL EQUIPMENT EXPENSES FOR REIMBURSEMENT

| Date of Charge | Description | Person Traveling | Outbound Date | Return Date | City From | City To | Purpose | Amount | AMEX | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/21/2017 | American Airlines 45107392 | Irwin Haber | 4/2/2017 | N/A | Fort Lauderdale | Philadelphia | 4/3/17 Hearing | $ 1,932.40 | Centurion | Passenger Ticket |
| 3/23/2017 | American Airlines 45107392 | Lisa Gribbell | 3/23/2017 | N/A | N/A | N/A | Sickinger Deposition | $ 11.14 | Centurion | Additional Fee - Seat Charge |
| 3/23/2017 | American Airlines 45107392 | Lisa Gribbell | 4/2/2017 | N/A | Cleveland | Philadelphia | 4/3/17 Hearing | $ 878.40 | Centurion | Passenger Ticket |
| 3/23/2017 | American Airlines 45107355 | Irwin Haber | 3/30/2017 | N/A | Fort Lauderdale | Philadelphia | 3/30/17 Durinzi Depo | $ 250.00 | Centurion | Durinzi Deposition |
| 3/23/2017 | American Airlines 45107775 | Irwin Haber | 4/30/2017 | N/A | Fort Lauderdale | Philadelphia | 3/30/17 Durinzi Depo | $ 825.00 | Centurion | Durinzi Deposition |
| 3/21/2017 | American Airlines | Lisa Gribbell | 3/24/2017 | 3/24/2017 | Cleveland | Philadelphia | Sickinger Deposition | $ 922.96 | Plum | Passenger Ticket |
| 3/23/2017 | American Airlines | Lisa Gribbell | 3/27/2017 | 3/27/2017 | Cleveland | Philadelphia | Sickinger Deposition | $ 150.00 | Plum | Passenger Ticket Change Fee |
| 3/27/2017 | ACE Limo | Lisa Gribbell | 3/27/2017 | 3/27/2017 | Philadelphia | Philadelphia | Sickinger Deposition | $ 94.28 | Centurion | Transportation to Deposition |
| 3/27/2017 | ACE Limo | Lisa Gribbell | 3/27/2017 | 3/27/2017 | Philadelphia | Philadelphia | Sickinger Deposition | $ 100.57 | Centurion | Transportation from Deposition |
| 3/30/2017 | ACE Limo | Irwin Haber | 3/30/2017 | 3/30/2017 | Philadelphia | Philadelphia | Durinzi Depo | $ 100.57 | Centurion | Transportation to Deposition |
| 3/31/2017 | ACE Limo | Irwin Haber | 3/30/2017 | 3/30/2017 | Philadelphia | Philadelphia | Durinzi Depo | $ 94.28 | Centurion | Transportation from Deposition |
| 3/31/2017 | OTG Management PHL | N/A | N/A | N/A | N/A | N/A | Durinzi Depo | $ 76.00 | Centurion | Fast Food Restaurant (Philadelphia) |
| 4/1/2017 | ACE Limo | Lisa Gribbell | 4/2/2017 | 4/2/2017 | Philadelphia | Philadelphia | 4/3/17 Hearing | $ 100.57 | Centurion | Transportation - Gribbell |
| 4/2/2017 | HERTZ Car Rental | Irwin Haber | 4/2/2017 | 4/2/2017 | | | 4/3/17 Hearing | $ 91.00 | Centurion | Transportation Haber |
| 4/4/2017 | OTG Management PHL | N/A | N/A | N/A | N/A | N/A | 4/3/17 Hearing | $ 21.00 | Centurion | Restaurant (Philadelphia) |
| 4/11/2017 | American Airlines 45107440 | Ryan Haber | 5/1/2017 | N/A | Cleveland | Dallas | | $ 430.00 | Centurion | Passenger Ticket |
| 4/11/2017 | American Airlines 45107440 | Nathan Haber | 5/1/2017 | N/A | Cleveland | Dallas | | $ 430.00 | Centurion | Passenger Ticket |
| 4/13/2017 | American Airlines 45107392 | Lisa Gribbell | 4/23/2017 | N/A | N/A | N/A | Exclusivity Hearing | $ 11.14 | Centurion | Additional Fee - Seat Charge |
| 4/13/2017 | American Airlines 45107392 | Lisa Gribbell | 4/23/2017 | N/A | Cleveland | Philadelphia | Exclusivity Hearing | $ 858.40 | Centurion | Passenger Ticket |
| 4/13/2017 | American Airlines 45107355 | Irwin Haber | 4/23/2017 | N/A | Cleveland | Philadelphia | Exclusivity Hearing | $ 380.20 | Centurion | Passenger Ticket |
| 4/18/2017 | American Airlines 45105410 | Irwin Haber | 4/18/2017 | N/A | N/A | N/A | Exclusivity Hearing | $ 25.00 | Centurion | Miscellaneous Tax(s)/Fee(s) |
| 4/18/2017 | American Airlines 45105410 | Ida Haber | 4/18/2017 | N/A | N/A | N/A | Exclusivity Hearing | $ 45.89 | Centurion | Additional Collection |
| 4/18/2017 | American Airlines 45105410 | Ida Haber | 4/23/2017 | N/A | Cleveland | Philadelphia | Exclusivity Hearing | $ 858.40 | Centurion | Passenger Ticket |
| 4/18/2017 | American Airlines 45107355 | Irwin Haber | 4/23/2017 | N/A | Cleveland | Philadelphia | Exclusivity Hearing | $ 200.00 | Centurion | Passenger Ticket |
| 4/24/2017 | American Airlines 45105410 | Irwin Haber | 4/24/2017 | N/A | N/A | N/A | Exclusivity Hearing | $ 11.14 | Centurion | Additonal Fee - Seat Charge |
| 4/24/2017 | American Airlines 45105410 | Ida Haber | 4/24/2017 | N/A | N/A | N/A | Exclusivity Hearing | $ 11.14 | Centurion | Additonal Fee - Seat Charge |
| 4/24/2017 | American Airlines 45107355 | Lisa Gribbell | 5/1/2017 | N/A | Cleveland | Philadelphia | 5/1/17 Hearing | $ 170.00 | Centurion | Passenger Ticket |
| 4/25/2017 | United Airlines | Ida Haber | 5/2/2017 | 5/3/2017 | Cleveland | Washington DC | | $ 838.40 | Centurion | Passenger Ticket |
| 4/25/2017 | United Airlines | Irwin Haber | 5/2/2017 | 5/3/2017 | Cleveland | Washington DC | | $ 838.40 | Centurion | Passenger Ticket |
| 5/1/2017 | ACE Limo | Irwin Haber | 4/30/2017 | 4/30/2017 | Philadelphia | Philadelphia | 5/1/17 Hearing | $ 100.57 | Centurion | Transportation |
| 5/1/2017 | ACE Limo | Lisa Gribbell | 5/1/2017 | 5/1/2017 | Philadelphia | Philadelphia | 5/1/17 Hearing | $ 100.57 | Centurion | Transportation |
| 5/1/2017 | The Rittenhouse Hotel | N/A | 4/30/2017 | 5/1/2017 | Philadelphia | Philadelphia | 5/1/17 Hearing | $ 470.66 | Centurion | Hotel Room |
| 5/1/2017 | The Rittenhouse Hotel | N/A | 4/30/2017 | 5/1/2017 | Philadelphia | Philadelphia | 5/1/17 Hearing | $ 24.84 | Centurion | Hotel |

Total of above - includes erroneous charges (in yellow) and additional charges (in blue)     $ 11,452.92

ERRONEOUS CHARGES     $ (2,536.80)

CORRECTED CHARGES FOR DEVAL -     $ 8,916.12

```
              DILWORTH PAXSON LLP
              1500 MARKET STREET
                 SUITE 3500E
           PHILADELPHIA, PA 19102-2101
```

| | |
|---|---|
| PDI DEVAL ACQUISITION LLC | Invoice Number   342363A |
| c/o  THE PDI GROUP | Invoice Date    04/27/17 |
| ATTN: IRWIN HABER, CHAIRMAN | Due Date         05/27/17 |
| 6225 COCHRAN ROAD | Client Number      32065 |
| SOLON, OHIO  44139 | Matter Number      00001 |

Re: DEVAL CORPORATION

FOR PROFESSIONAL SERVICES RENDERED FROM 03/01/17 THROUGH 03/31/17:

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| ~~03/01/17~~ | ~~JMM~~ | ~~WORK ON PREPARATION OF PROOF OF CLAIM.~~ | ~~0.50~~ | ~~305.00~~ |
| 03/02/17 | DJS | LEGAL RESEARCH RE: INTERPRETATION OF 11 USC 1121(D)(1) | 1.75 | 446.25 |
| ~~03/02/17~~ | ~~JLM~~ | ~~CONFERENCE WITH MLD RE: PROOF OF CLAIM ATTACHMENTS.~~ | ~~0.25~~ | ~~115.00~~ |
| 03/02/17 | JMM | LEGAL RESEARCH REGARDING EXCLUSIVITY ISSUES AND DEVELOPMENT OF STRATEGY. | 1.00 | 610.00 |
| ~~03/03/17~~ | ~~MLD~~ | ~~PREPARED PROOF OF CLAIM AND CLAIMS SUMMARY; CONFERENCE CALL WITH J. MATOUR AND CLIENT RE: CLAIM AMOUNT; VARIOUS TELEPHONE CONVERSATIONS WITH J. MATOUR REGARDING REVISIONS TO CLAIM FORM AND RELATED ATTACHMENTS; FINALIZED AND ELECTRONICALLY FILED PROOF OF CLAIM~~ | ~~2.00~~ | ~~350.00~~ |
| 03/03/17 | JMM | CONFERENCE CALL WITH CLIENTS TO DISCUSS PLAN | 1.50 | 915.00 |
| 03/03/17 | JMM | COMMENCE PLAN DRAFT | 1.00 | 610.00 |
| 03/03/17 | JMM | EMAIL TO D. SMITH RE PURCHASE OFFER | 0.30 | 183.00 |
| ~~03/03/17~~ | ~~JMM~~ | ~~REVIEWED AND REVISED PROOF OF CLAIM AND DISCUSSION WITH CLIENT REGARDING SAME.~~ | ~~0.20~~ | ~~122.00~~ |
| 03/06/17 | JMM | REVIEW RESULTS OF CALL WITH D. DURINZI AND ADVICE TO CLIENT REGARDING SAME. | 0.20 | 122.00 |
| 03/07/17 | JMM | WORK ON PLAN DRAFT | 1.40 | 854.00 |
| 03/07/17 | JMM | REVIEW OF BB&T CLAIM. | 0.60 | 366.00 |
| 03/12/17 | JMM | DRAFT PLAN OF REORGANIZATION | 7.00 | 4,270.00 |
| 03/12/17 | JMM | LETTER TO D. SMITH RE OFFER | 0.30 | 183.00 |
| 03/12/17 | JMM | DISCUSSION WITH CLIENT RE OFFER | 0.20 | 122.00 |
| 03/12/17 | JMM | REVISED LETTER. | 0.50 | 305.00 |
| 03/13/17 | JMM | REVISED AND SENT LETTER TO D. SMITH | 0.50 | 305.00 |
| 03/13/17 | JMM | COMMENCE DRAFT MOTION FOR TRUSTEE | 3.00 | 1,830.00 |
| 03/13/17 | JMM | REVISIONS TO PLAN. | 1.00 | 610.00 |
| 03/14/17 | JMM | DRAFT TRUSTEE MOTION AND ADDITIONAL PLAN REVISIONS. | 2.00 | 1,220.00 |

```
32065      PDI DEVAL ACQUISITION LLC              Invoice Number 342363A
 00001     DEVAL CORPORATION                      Page 2
04/27/17
```

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/15/17 | BMM | MEETING WITH J. MATOUR RE MOTION TO APPOINT TRUSTEE AND MOTION TO EXPEDITE HEARING | 0.80 | 248.00 |
| 03/15/17 | JMM | CORRESPONDENCE WITH D. SMITH RE DISCOVERY REQUESTS | 0.50 | 305.00 |
| 03/15/17 | JMM | CONTINUED WORK ON TRUSTEE MOTION. | 1.50 | 915.00 |
| 03/15/17 | BMM | RESEARCH CASE LAW RELATED TO TERMINATION OF EXCLUSIVITY AND CAUSE FOR APPOINTMENT OF TRUSTEE | 2.50 | 775.00 |
| 03/15/17 | BMM | REVISE DRAFT MOTION | 0.50 | 155.00 |
| 03/16/17 | BMM | REVISE DRAFT MOTION FOR TRUSTEE | 0.50 | 155.00 |
| 03/16/17 | JMM | REVIEWED NEW CASE LAW | 0.80 | 488.00 |
| 03/16/17 | JMM | CLIENT DISCUSSIONS | 0.30 | 183.00 |
| 03/16/17 | JMM | REVISIONS TO MOTION. | 0.40 | 244.00 |
| 03/16/17 | BMM | CONFER WITH J. MATOUR RE SAME | 0.20 | 62.00 |
| 03/16/17 | BMM | DRAFT PROPOSED ORDERS AND EMAIL TO J. MATOUR FOR REVIEW | 0.50 | 155.00 |
| 03/17/17 | JLM | CONFERENCES WITH JM RE: PROCEDURES FOR EXPEDITING HEARING ON CROSS-MOTION, PROCEDURES FOR DISCOVERY REQUESTS TO DEBTOR. | 0.25 | 115.00 |
| 03/17/17 | MLD | CONFER WITH J. MATOUR RE: FILING OBJECTION TO MOTION TO EXTEND EXCLUSIVITY | 0.20 | 35.00 |
| 03/17/17 | JMM | FINALIZED TRUSTEE MOTION | 5.00 | 3,050.00 |
| 03/17/17 | MLD | FINALIZED OBJECTION AND RELATED DOCUMENTS FOR FILING | 1.00 | 175.00 |
| 03/17/17 | MLD | TELEPHONE CONVERSATION WITH CHAMBERS REGARDING MOTION TO EXPEDITE HEARING | 0.20 | 35.00 |
| 03/17/17 | MLD | ELECTRONICALLY FILED OBJECTION AND RELATED MOTION TO EXPEDITE HEARING ON CROSS MOTION | 0.40 | 70.00 |
| 03/17/17 | MLD | TELEPHONE CONVERSATION WITH CHAMBERS REGARDING HEARING DATE | 0.20 | 35.00 |
| 03/17/17 | JMM | EMAILS TO PARTIES RE SAME | 0.30 | 183.00 |
| 03/17/17 | JMM | CALL TO COURT RE HEARINGS | 0.30 | 183.00 |
| 03/17/17 | JMM | DISCUSSIONS WITH CLIENT. | 0.40 | 244.00 |
| 03/20/17 | MLD | CONFER WITH J. MATOUR RE: NOTICES OF DEPOSITION; PREPARED DEPOSITION NOTICES FOR PENSKA, DURINZI AND SICKINGER; REVISED PER CHANGES INDICATED BY J. MATOUR; FINALIZED AND E-MAILS DEPOSITION NOTICES TO OPPOSING COUNSEL | 1.00 | 175.00 |
| 03/20/17 | MLD | PREPARED NOTICE OF HEARING ON CROSS-MOTION; FINALIZED, ELECTRONICALLY FILED AND PREPARED SERVICE OF NOTICE OF HEARING | 0.60 | 105.00 |
| 03/20/17 | JMM | DEALT WITH SCHEDULING ISSUES FROM R. GREENBAUM | 0.40 | 244.00 |
| 03/20/17 | JMM | REVISED AND SERVED NOTICES OF DEPOSITION | 0.50 | 305.00 |

```
32065    PDI DEVAL ACQUISITION LLC              Invoice Number 342363A
 00001   DEVAL CORPORATION                      Page 3
04/27/17
```

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 03/20/17 | JMM | DISCUSSION WITH INVESTMENT BANKER REGARDING EXPERT WITNESS TESTIMONY | 0.50 | 305.00 |
| 03/20/17 | JMM | FURTHER DEVELOPMENT OF CASE. | 0.10 | 61.00 |
| 03/21/17 | JMM | RESOLVED DISCOVERY AND HEARING SCHEDULE WITH R. GREENBAUM | 0.20 | 122.00 |
| 03/21/17 | JMM | COMMENCE DRAFT DISCLOSURE STATEMENTS. | 1.80 | 1,098.00 |
| 03/22/17 | MLD | E-MAILS WITH J. MATOUR RE: RESCHEDULED HEARING; PREPARED, FINALIZED AND ELECTRONICALLY FILED AMENDED NOTICE OF HEARING; FINALIZED SERVICE OF SAME | 0.80 | 140.00 |
| 03/22/17 | MLD | PREPARED NOTICE OF DEPOSITION FOR BB&T | 0.10 | 17.50 |
| 03/22/17 | JMM | WORK ON DISCLOSURE STATEMENT | 1.80 | 1,098.00 |
| 03/23/17 | MLD | PREPARED SUBPOENA AND REVISED NOTICE OF DEPOSITION FOR BB&T; E-MAILS WITH J. MATOUR RELATING TO SAME | 0.40 | 70.00 |
| 03/23/17 | JMM | CALL WITH CLIENTS RE PLAN ISSUES | 0.50 | 305.00 |
| 03/24/17 | JMM | ASSEMBLED DOCUMENTS FOR SICKINGER DEPOSITION. | 1.50 | 915.00 |
| 03/27/17 | JMM | PREPARED FOR SICKINGER DEPOSITION AND ASSEMBLED DOCUMENTS | 1.00 | 610.00 |
| ~~03/27/17~~ | ~~JMM~~ | ~~ATTENDED CASH COLLATERAL HEARING~~ | ~~2.00~~ | ~~1,220.00~~ |
| 03/27/17 | JMM | CONDUCTED SICKINGER DEPOSITION | 2.50 | 1,525.00 |
| 03/27/17 | JMM | REVIEWED TRANSCRIPT | 1.00 | 610.00 |
| 03/27/17 | JMM | FOLLOW UP EMAILS WITH GREENBAUM AND CLIENT. | 0.50 | 305.00 |
| 03/29/17 | JMM | DISCUSSION AND EMAIL WITH BANK COUNSEL (BB&T) RE REQUEST FOR INFORMATION AND DOCUMENTS FOR TRIAL | 0.30 | 183.00 |
| 03/29/17 | JMM | REVIEW APPRAISALS | 0.20 | 122.00 |
| 03/29/17 | JMM | REVIEWED OBJECTION TO MOTION. | 0.20 | 122.00 |
| 03/30/17 | JMM | PREPARED FOR AND CONDUCTED DEPOSITIONS FOR DURINZI AND PENSKA. | 6.50 | 3,965.00 |
| ~~03/31/17~~ | ~~JMM~~ | ~~REVIEW OF CASH COLLATERAL BUDGET~~ | ~~0.20~~ | ~~122.00~~ |
| 03/31/17 | JMM | REVIEW OF DOCUMENTS BETWEEN DEVAL AND BUYERS | 0.50 | 305.00 |
| 03/31/17 | JMM | PREPARE OUTLINE FOR HEARING | 1.00 | 610.00 |
| 03/31/17 | JMM | INTERACTIONS WITH GREENBAUM REGARDING DOCUMENTS, FEES AND REQUEST FOR ADJOURNMENT. | 0.30 | 183.00 |
| | | TOTAL HOURS | 68.35 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| BRYN M. MCDONOUGH | 5.00 | at $310 = | 1,550.00 |
| DEAN J. SHAUGER | 1.75 | at $255 = | 446.25 |
| JENNIFER L. MALESKI | 0.50 | at $460 = | 230.00 |

```
32065     PDI DEVAL ACQUISITION LLC              Invoice Number 342363A
  00001   DEVAL CORPORATION                      Page 4
04/27/17
```

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| JAMES M. MATOUR | 54.20 | at | $610 | = | 33,062.00 |
| MIRIAM L. DOLAN | 6.90 | at | $175 | = | 1,207.50 |
| CURRENT FEES | | | | | 36,495.75 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 03/20/17 | DUPLICATING Number of pages: 1404 Equitrac Terminal: EMB | 322.92 | |
| 03/20/17 | DUPLICATING Number of pages: 128 Equitrac Terminal: EMB | 29.44 | |
| | Total DUPLICATING | | 352.36 |
| | CURRENT EXPENSES | | 352.36 |

```
                    TOTAL AMOUNT OF THIS INVOICE        $36,848.11

                    TOTAL BALANCE DUE UPON RECEIPT      $36,848.11
```

If you have a question regarding this invoice or your account, or if you wish to pay electronically, with a credit card or via overnight mail (UPS, FedEx, etc.), please contact the Accounts Receivable Dept. at 215-575-7107.

```
                    DILWORTH PAXSON LLP
                    1500 MARKET STREET
                       SUITE 3500E
                 PHILADELPHIA, PA 19102-2101


    PDI DEVAL ACQUISITION LLC           Invoice Number    342797A
    c/o  THE PDI GROUP                  Invoice Date      05/08/17
    ATTN: IRWIN HABER, CHAIRMAN         Due Date          06/07/17
    6225 COCHRAN ROAD                   Client Number     32065
    SOLON, OHIO  44139                  Matter Number     00001
```

---

Re: DEVAL CORPORATION

FOR PROFESSIONAL SERVICES RENDERED FROM 04/01/17 THROUGH 04/30/17:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/17 | JMM | TRIAL PREPARATION. | 4.00 | 2,440.00 |
| 04/02/17 | JMM | TRIAL PREPARATION. | 10.00 | 6,100.00 |
| 04/03/17 | JMM | PREPARED FOR AND CONDUCTED TRIAL OF EXCLUSIVITY/TRUSTEE MOTION. | 8.00 | 4,880.00 |
| ~~04/03/17~~ | ~~JMM~~ | ~~EMAIL CORRESPONDENCE REGARDING UTILITY PAYMENTS.~~ | ~~0.10~~ | ~~61.00~~ |
| 04/13/17 | JWS | CALL WITH J. MATOUR AND CLIENTS TO DISCUSS, ASSET V. STOCK ACQUISITION, TAX ISSUES, CHECK 338 ELECTION, REORG. PROVISIONS. | 1.00 | 600.00 |
| 04/13/17 | JMM | REVIEWED FINANCIAL REPORT. | 0.20 | 122.00 |
| 04/14/17 | JWS | FOLLOW-UP EMAILS WITH JM ON NATURE OF DEBT. | 0.10 | 60.00 |
| 04/18/17 | JMM | CONFERENCE CALL WITH CLIENT AND CORPORATE COUNSEL REGARDING PLAN ISSUES AND RELATED MATTERS | 0.80 | 488.00 |
| 04/18/17 | JMM | WORK ON DISCLOSURE STATEMENT | 0.70 | 427.00 |
| 04/19/17 | JWS | EMAILS WITH JM, DISCUSS TRC SEC. 338 RULES WITH SS, CHECK 338 REGS. TREATISE. | 1.10 | 660.00 |
| 04/19/17 | SSV | RESEARCH RE POSSIBLE 338(H)(10) ELECTION WITH DEBT RECAP | 1.50 | 450.00 |
| 04/19/17 | JMM | ADDRESSED POST-CONFIRMATION ACCOUNTING/TAX ISSUES; WORK ON DISCLOSURE STATEMENT. | 0.80 | 488.00 |
| 04/20/17 | SSV | ADDITIONAL RESEARCH RE POSSIBLE 338(H)(10) ELECTION WITH DEBT RECAP; RESEARCH RE 108(E)(8) AND 354 | 1.50 | 450.00 |
| 04/21/17 | SSV | REVIEW WITH JWS TAX CONSEQUENCES OF BANKRUPTCY TRANSACTION | 0.40 | 120.00 |
| 04/21/17 | JWS | REVIEW AUTHORITIES ON 338 ELECTION FOR INSOLVENT TARGET. | 0.90 | 540.00 |

```
32065    PDI DEVAL ACQUISITION LLC                Invoice Number 342797A
 00001   DEVAL CORPORATION                        Page 2
05/08/17
```

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 04/21/17 | JMM | WORK ON DISCLOSURE STATEMENT | 3.80 | 2,318.00 |
| 04/21/17 | JMM | DEALT WITH CONTINUANCE OF MONDAY HEARING. | 0.20 | 122.00 |
| 04/24/17 | SSV | ADDITIONAL RESEARCH RE TAX CONSEQUENCES OF BANKRUPTCY TRANSACTION | 1.00 | 300.00 |
| 04/24/17 | JWS | CONSIDER 338 ELECTION ISSUE, REVIEW SS FINDINGS. | 0.25 | 150.00 |
| 04/26/17 | JWS | CONSIDER TAX ISSUES ON S CORP INSOLVENCY, TAX ELECTION. | 0.50 | 300.00 |
| 04/26/17 | JMM | EXTENDED CONVERSATION WITH CLIENT RE PLAN ISSUES AND TRIAL ISSUES, STRATEGY AND TESTIMONY | 1.50 | 915.00 |
| 04/26/17 | JMM | EMAIL CORRESPONDENCE WITH DEBTOR AND PARTS LIFE COUNSEL RE ISSUES WITH DEBTOR'S PLAN | 0.30 | 183.00 |
| 04/26/17 | JMM | REVIEWED ACTUAL TO BUDGET REPORT | 0.20 | 122.00 |
| 04/26/17 | JMM | CONVERSATIONS WITH PDI CFO REGARDING BANK ASSISTANCE AT TRIAL | 0.20 | 122.00 |
| 04/26/17 | JMM | CONTINUING DRAFT OF DISCLOSURE STATEMENT. | 1.80 | 1,098.00 |
| 04/27/17 | JWS | REVIEW S CORP. INSOLVENCY ARTICLES AND SEND EMAIL ADVICE TO JM ON TAXES. | 1.00 | 600.00 |
| 04/27/17 | JMM | DISCUSSIONS WITH CLIENT RE STRATEGY AND PLAN ISSUES | 0.50 | 305.00 |
| 04/27/17 | JMM | WORK ON DISCLOSURE STATEMENT | 0.40 | 244.00 |
| 04/27/17 | JMM | CALL WITH R. GREENBAUM. | 0.10 | 61.00 |
| 04/28/17 | JMM | EMAILS AND DISCUSSION WITH COUNSEL RE COMPLIANCE WITH AGREEMENT WHICH LED TO CONSENT TO CONTINUANCE | 0.50 | 305.00 |
| 04/28/17 | JMM | CONFERENCE CALL WITH CLIENTS | 0.80 | 488.00 |
| 04/28/17 | JMM | REVISIONS TO PLAN AND DISCLOSURE STATEMENT | 2.50 | 1,525.00 |
| 04/28/17 | JMM | EMAILS WITH PARTS LIFE COUNSEL. | 0.20 | 122.00 |
| | | TOTAL HOURS | 46.85 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|------------|-------|------|--|-------|
| STEPHANIE S. VOGEL | 4.40 | at $300 = | | 1,320.00 |
| JAMES M. MATOUR | 37.60 | at $610 = | | 22,936.00 |
| JOHN W. SCHMEHL | 4.85 | at $600 = | | 2,910.00 |
| CURRENT FEES | | | | 27,166.00 |

```
32065     PDI DEVAL ACQUISITION LLC                    Invoice Number 342797A
 00001    DEVAL CORPORATION                            Page 3
05/08/17
```

|  |  |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $27,166.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $27,166.00 |

If you have a question regarding this invoice or your account, or if you wish to pay electronically, with a credit card or via overnight mail (UPS, FedEx, etc.), please contact the Accounts Receivable Dept. at 215-575-7107.

```
                         DILWORTH PAXSON LLP
                         1500 MARKET STREET
                            SUITE 3500E
                      PHILADELPHIA, PA 19102-2101
```

```
     PDI DEVAL ACQUISITION LLC              Invoice Number    343620A
     c/o  THE PDI GROUP                     Invoice Date      06/07/17
     ATTN: IRWIN HABER, CHAIRMAN             Due Date          07/07/17
     6225 COCHRAN ROAD                       Client Number     32065
     SOLON, OHIO  44139                      Matter Number     00001
```

Re: DEVAL CORPORATION

FOR PROFESSIONAL SERVICES RENDERED FROM 05/01/17 THROUGH 05/31/17:

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 05/01/17 | MLD | TELEPHONE CONVERSATION WITH J. MATOUR RE: FILING PLAN AND DISCLOSURE STATEMENT | 0.20 | 35.00 |
| 05/01/17 | JMM | PREPARED FOR AND CONDUCTED HEARING ON EXCLUSIVITY; FOLLOW UP. | 6.00 | 3,660.00 |
| 05/01/17 | MLD | E-MAILS WITH J. MATOUR RE: EXHIBITS | 0.20 | 35.00 |
| 05/01/17 | MLD | PREPARED NOTICE OF HEARING AND CERTIFICATE OF SERVICE | 0.40 | 70.00 |
| 05/01/17 | MLD | FINALIZED AND ELECTRONICALLY FILED, PLAN, DISCLOSURE STATEMENT AND RELATED MOTION APPROVING DISCLOSURE STATEMENT | 0.60 | 105.00 |
| ~~05/05/17~~ | ~~JMM~~ | ~~CALL WITH CLIENT REGARDING BANK~~ APPLICATION AND COURT ISSUES | ~~0.30~~ | ~~183.00~~ |
| ~~05/05/17~~ | ~~JMM~~ | ~~EMAIL TO DEVAL COUNSEL.~~ | ~~0.10~~ | ~~61.00~~ |
| ~~05/12/17~~ | ~~JMM~~ | ~~REVIEWED NEW BUDGET, REVIEWED RESPONSES~~ TO INFORMATION REQUESTS AND RESPONDED; DISCUSSION WITH CLIENT. | ~~1.00~~ | ~~610.00~~ |
| ~~05/15/17~~ | ~~JMM~~ | ~~ANALYZE OPTIONS AND FORMULATE STRATEGY;~~ CONFERENCE CALL WITH CLIENT; PREPARED ARGUMENTS; ATTENDED CASH COLLATERAL HEARING; FOLLOW UP. | ~~4.00~~ | ~~2,440.00~~ |
| ~~05/16/17~~ | ~~JMM~~ | ~~CORRESPONDENCE WITH PARTS LIFE COUNSEL.~~ | ~~0.20~~ | ~~122.00~~ |
| 05/19/17 | MLD | PREPARED NOTICE OF HEARING AND COS; FINALIZED AND FILED MOTION TO APPOINT TRUSTEE | 0.80 | 140.00 |
| ~~05/24/17~~ | ~~JMM~~ | ~~COMMENCE DISCLOSURE STATEMENT~~ OBJECTION. | ~~1.00~~ | ~~610.00~~ |
| 05/24/17 | JMM | REVIEWED AND REVISED PARTS LIFE CONFIDENTIALITY AGREEMENT. | 0.30 | 183.00 |
| ~~05/26/17~~ | ~~JMM~~ | ~~WORK ON OBJECTION.~~ | ~~1.00~~ | ~~610.00~~ |
| ~~05/30/17~~ | ~~JMM~~ | ~~REVIEW OF MATERIALS SUPPLIED BY DEVAL~~ | ~~0.80~~ | ~~488.00~~ |

```
32065      PDI DEVAL ACQUISITION LLC                    Invoice Number 343620A
 00001     DEVAL CORPORATION                            Page 2
06/07/17
```

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 05/30/17 | JMM | EMAILS AND DISCUSSION WITH CLIENT | 0.30 | 183.00 |
| 05/30/17 | JMM | EMAIL RESPONSE TO R. GREENBAUM REGARDING EXTRA SPENDING AND BORROWING | 0.40 | 244.00 |
| ~~05/30/17~~ | ~~JMM~~ | ~~CALL REGARDING MORTGAGE REFINANCE~~ | ~~0.30~~ | ~~183.00~~ |
| 05/30/17 | JMM | COMMENCE DRAFT OF TRUSTEE MOTION SUPPLEMENT | 1.70 | 1,037.00 |
| 05/31/17 | JMM | CONFERENCE CALL WITH CLIENT RE COURSE OF ACTION | 0.40 | 244.00 |
| 05/31/17 | JMM | DRAFT SUPPLEMENTAL TRUSTEE MOTION | 0.80 | 488.00 |
| 05/31/17 | JMM | CALL WITH L. GRIBBELL RE FINANCIAL ISSUES | 0.30 | 183.00 |
| ~~05/31/17~~ | ~~JMM~~ | ~~DRAFT OBJECTION TO DISCLOSURE STATEMENT.~~ | ~~3.00~~ | ~~1,830.00~~ |
| | | TOTAL HOURS | 24.10 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| JAMES M. MATOUR | 21.90 | at $610 = | | 13,359.00 |
| MIRIAM L. DOLAN | 2.20 | at $175 = | | 385.00 |
| CURRENT FEES | | | | 13,744.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/16/17 | INFORMATION SERVICES WESTLAW CHARGES | 99.00 |
| | Total INFORMATION SERVICES | 99.00 |
| | CURRENT EXPENSES | 99.00 |

```
              TOTAL AMOUNT OF THIS INVOICE          $13,843.00

              TOTAL BALANCE DUE UPON RECEIPT        $13,843.00
```

```
                    DILWORTH PAXSON LLP
                    1500 MARKET STREET
                        SUITE 3500E
                  PHILADELPHIA, PA 19102-2101
```

```
PDI DEVAL ACQUISITION LLC              Invoice Number    347138A
c/o  THE PDI GROUP                     Invoice Date     09/14/17
ATTN: IRWIN HABER, CHAIRMAN            Due Date         10/14/17
6225 COCHRAN ROAD                      Client Number      32065
SOLON, OHIO  44139                     Matter Number      00001
```

Re: DEVAL CORPORATION

FOR PROFESSIONAL SERVICES RENDERED FROM 04/30/17 THROUGH 06/16/17:

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 04/30/17 | JMM | FINALIZE PLAN AND DISCLOSURE STATEMENT | 3.00 | 1,830.00 |
| 04/30/17 | JMM | PREPARED MOTION FOR APPROVAL OF PROCESS | 1.50 | 915.00 |
| 04/30/17 | JMM | TRIAL PREPARATION. | 3.50 | 2,135.00 |
| ~~06/01/17~~ | ~~JMM~~ | ~~DISCUSSION WITH BANK COUNSEL RE PLAN TREATMENT~~ | ~~0.50~~ | ~~305.00~~ |
| ~~06/01/17~~ | ~~JMM~~ | ~~FOLLOW UP CORRESPONDENCE WITH BANK COUNSEL~~ | ~~0.20~~ | ~~122.00~~ |
| ~~06/01/17~~ | ~~JMM~~ | ~~REPORT TO CLIENT~~ | ~~0.20~~ | ~~122.00~~ |
| ~~06/01/17~~ | ~~JMM~~ | ~~REVIEW OF PROJECTIONS FOR DISCLOSURE STATEMENT AND DISCUSSION WITH CLIENT REGARDING SAME~~ | ~~0.70~~ | ~~427.00~~ |
| ~~06/01/17~~ | ~~JMM~~ | ~~REVISIONS TO DISCLOSURE STATEMENT.~~ | ~~1.20~~ | ~~732.00~~ |
| ~~06/02/17~~ | ~~JMM~~ | ~~REVISIONS TO PLAN~~ | ~~2.00~~ | ~~1,220.00~~ |
| ~~06/02/17~~ | ~~JMM~~ | ~~PREPARED, REVISED AND FILED OBJECTION TO DISCLOSURE STATEMENT~~ | ~~1.50~~ | ~~915.00~~ |
| ~~06/05/17~~ | ~~MLD~~ | ~~PREPARED CERTIFICATE OF SERVICE~~ | ~~0.50~~ | ~~87.50~~ |
| ~~06/05/17~~ | ~~JMM~~ | ~~ANALYSIS OF CASH COLLATERAL ISSUES~~ | ~~0.50~~ | ~~305.00~~ |
| ~~06/05/17~~ | ~~MLD~~ | ~~FINALIZED AND ELECTRONICALLY FILED AMENDED CHAPTER 11 PLAN, FINALIZED AND ELECTRONICALLY FILED OBJECTION TO DISCLOSURE STATEMENT~~ | ~~0.50~~ | ~~87.50~~ |
| 06/05/17 | MLD | FINALIZED AND ELECTRONICALLY FILED SUPPLEMENT TO MOTION TO APPOINT TRUSTEE | 0.50 | 87.50 |
| 06/05/17 | JMM | PREPARED, REVISED AND FILED SUPPLEMENTAL MOTION FOR TRUSTEE BASED ON OVERSPENDING AND ADDITIONAL DEPOSITS. | 1.50 | 915.00 |
| 06/06/17 | JMM | MCDONALD BIO REVIEW, DISCUSSIONS WITH R. GREENBAUM RE MCDONALD | 0.20 | 122.00 |
| 06/06/17 | JMM | CALL WITH M. MENKOWITZ (REFERENCE FOR MCDONALD) | 0.60 | 366.00 |

```
32065      PDI DEVAL ACQUISITION LLC              Invoice Number 347138A
  C0001    DEVAL CORPORATION                      Page 2
09/14/17
```

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 06/06/17 | JMM | EMAILS TO OTHER COUNSEL | 0.20 | 122.00 |
| 06/06/17 | JMM | REVIEW OF WEBSITE, ETC. | 0.20 | 122.00 |
| 06/06/17 | JMM | CALL WITH MCDONALD | 0.70 | 427.00 |
| 06/06/17 | JMM | CALL WITH CLIENT | 0.10 | 61.00 |
| ~~06/09/17~~ | ~~MLD~~ | ~~PREPARED CERTIFICATE OF SERVICE FOR AMENDED PLAN AND DISCLOSURE STATEMENT~~ | ~~0.40~~ | ~~70.00~~ |
| 06/09/17 | JMM | PREPARED DRAFT MOTION TO APPOINT MCDONALD AT REQUEST OF DEBTOR | 0.50 | 305.00 |
| ~~06/09/17~~ | ~~MLD~~ | ~~FINALIZED AND ELECTRONICALLY FILED SECOND AMENDED PLAN AND AMENDED DISCLOSURE STATEMENT~~ | ~~0.40~~ | ~~70.00~~ |
| ~~06/12/17~~ | ~~JMM~~ | ~~REVIEW OF NEW FILINGS BY DEVAL~~ | ~~0.40~~ | ~~244.00~~ |
| ~~06/12/17~~ | ~~JMM~~ | ~~PREPARED FOR AND CONDUCTED DISCLOSURE HEARINGS~~ | ~~4.60~~ | ~~2,806.00~~ |
| 06/14/17 | JMM | REVIEWED MCDONALD FILING | 0.50 | 305.00 |
| 06/14/17 | JMM | ATTENDED 363 HEARING ON MCDONALD. | 2.00 | 1,220.00 |
| ~~06/16/17~~ | ~~CC~~ | ~~CONVERSE WITH JMM RE: SECOND AMENDED FILING OF CHAPTER 11 PLAN AND DISCLOSURE STATEMENT.~~ | ~~0.30~~ | ~~54.00~~ |
| ~~06/16/17~~ | ~~JMM~~ | ~~REVIEWED NEW DEVAL PLAN DOCS~~ | ~~1.50~~ | ~~915.00~~ |
| ~~06/16/17~~ | ~~CC~~ | ~~RETRIEVE DOCUMENTS FROM DOCKET AND EMAIL SAME TO CLIENTS FOR REVIEW.~~ | ~~0.40~~ | ~~72.00~~ |
| ~~06/16/17~~ | ~~JMM~~ | ~~ANALYSIS OF NEW PROJECTIONS WITH CLIENT~~ | ~~0.50~~ | ~~305.00~~ |
| ~~06/16/17~~ | ~~JMM~~ | ~~PLAN FOR MONDAY HEARINGS.~~ | ~~0.80~~ | ~~488.00~~ |

```
                                      TOTAL HOURS     32.10
```

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| JAMES M. MATOUR | 29.10 | at | $610 | = | 17,751.00 |
| CHRISTINE CHAPMAN-TOMLIN | 0.70 | at | $180 | = | 126.00 |
| MIRIAM L. DOLAN | 2.30 | at | $175 | = | 402.50 |
| CURRENT FEES | | | | | 18,279.50 |

```
32065    PDI DEVAL ACQUISITION LLC                Invoice Number 347138A
 00001     DEVAL CORPORATION                      Page 3
09/14/17
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/30/17 | US LEGAL SUPPORT - COURT REPORTING/TRANSCRIPTS JMM/ORIGINAL AND CERTIFIED COPY OF TRANSCRIPT | 761.70 |
| 04/07/17 | US LEGAL SUPPORT - COURT REPORTING/TRANSCRIPTS JMM/ORIGINAL AND CERTIFIED COPY OF TRANSCRIPT | 1,544.20 |
| 05/04/17 | US LEGAL SUPPORT - COURT REPORTING/TRANSCRIPTS JMM/ORIGINAL TRANSCRIPT OF PROCEEDINGS | 1,063.50 |
| | Total COURT REPORTING/TRANSCRIPTS | 3,369.40 |
| | CURRENT EXPENSES | 3,369.40 |

TOTAL AMOUNT OF THIS INVOICE     $21,648.90