Debtor's Name: DeVal Corporation

Bankruptcy Number: 16-17922 amc

DISBURSEMENTS SUMMARY REPORT - 3RD QTR 2018

| Acct Number | Acct Type | July | August | September | Total |
|---|---|---|---|---|---|
| 8014 | WF Checking - DRO | $22.29 | $22.11 | $22.11 | $66.51 |
| Grand Total | | | | | $66.51 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Richard J. Puleo   Debtor's Representative   October 26, 2018

Debtor: DeVal Corporation

Case number: 16-17922 amc

OFFICE OF THE UNITED STATES TRUSTEE
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: DeVal Corporation          Bank: Wells Fargo

Bankruptcy Number: 16-17922 amc          Account Number:    8014

Date of Confirmation: Aug. 23, 2017       Account Type: Checking DRO Account

Reporting Period (month/year): July through September 2018

| | |
|---|---|
| Beginning Cash Balance: | $2,134.26 |

All receipts received by the debtor:

| | |
|---|---|
| Transfers from WF P/R Account | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $0.00 |
| Total of cash available: | $2,134.26 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $    - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $66.51 |
| **Total Disbursements** | $   66.51 |
| Transfers to other accounts | $0.00 |
| Ending Cash Balance | $2,067.75 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_/s/ Richard J. Puleo_

Richard J. Puleo   Debtor's Representative    October 26, 2018

Debtor: DeVal Corporation

Case Number: 16-17922 amc

# Analyzed Business Checking

Account number: 8014 ■ September 2, 2018 - October 1, 2018 ■ Page 1 of 1



DCEP11DTA0  000005

DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS (1-800-225-5935)**

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*✶ No outstanding checks.*

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8014 | $2,089.86 | $0.00 | -$22.11 | $2,067.75 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 09/11 | 22.11 | Client Analysis Srvc Chrg 180910 Svc Chge 0818 | 8014 |
| | | $22.11 | Total electronic debits/bank debits | |
| | | $22.11 | Total debits | |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09/01 | 2,089.86 | 09/11 | 2,067.75 |

**Average daily ledger balance**  $2,074.38

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

## Analyzed Business Checking

Account number:      8014 ■ August 2, 2018 - September 1, 2018 ■ Page 1 of 2



DCEP11DTAO 000001

DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

*No outstanding checks.

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8014 | $2,111.97 | $0.00 | -$22.11 | $2,089.86 |

### Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 08/13 | 22.11 | Client Analysis Srvc Chrg 180810 Svc Chge 071 | 18014 |
| | | $22.11 | Total electronic debits/bank debits | |
| | | $22.11 | Total debits | |

### Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 08/01 | 2,111.97 | 08/13 | 2,089.86 |

Average daily ledger balance    $2,097.70

## ☑ IMPORTANT ACCOUNT INFORMATION

**A reminder...**

You can request to close your account at any time if the account is in good standing (e.g. does not have a negative balance or restrictions such as holds on funds, legal order holds or court blocks on the account). At the time of your request, we will assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero.

- All outstanding items need to be processed and posted to your account before your request to close otherwise they will be returned unpaid.

# Analyzed Business Checking

Account number:    8014 ■ July 2, 2018 - August 1, 2018 ■ Page 1 of 2



DCEP11DTAE  000003

DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## ✓ IMPORTANT ACCOUNT INFORMATION

In the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the question "How do we process (post) transactions to your account?", we are replacing the paragraph beginning with "Your available balance will be reduced by pending withdrawals" to include a new fee waiver, as follows:

Your available balance will be reduced by pending withdrawals, such as debit card transactions we have authorized and must pay when they are sent to us for payment. If your account has insufficient funds as reflected by your available balance, the bank may assess overdraft and/or non-sufficient funds (NSF) fees on transactions we pay or return during nightly processing. A pending transaction will typically remain pending until we receive it for payment from your account, but we must release the pending transaction hold after three business days for most transactions. These pending transactions may be sent to us for payment after they have dropped from your account, but we must pay them when we receive them for payment.

In some circumstances, previously-authorized transactions may be paid into overdraft if other transactions or fees have reduced your balance before the pending transactions are sent to us for payment. To minimize the number of overdraft fees in these circumstances, we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

In addition, in the "Available balance, posting order, and overdrafts" section of the Deposit Account Agreement under the heading "IMPORTANT INFORMATION ABOUT FEES," we added the following:

We track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If these transactions are presented for payment within 10 business days after they first appeared as pending, we will waive any overdraft fees on those transactions. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when the transaction was sent for authorization and we are unable to match them.

## Account summary

### ~~Analyzed Business~~ Checking

※ *No outstanding checks.*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8014 | $2,134.26 | $0.00 | -$22.29 | $2,111.97 |

Account number: 8014 ■ July 2, 2018 - August 1, 2018 ■ Page 2 of 2

**WELLS FARGO**

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 07/11 | 22.29 | Client Analysis Srvc Chrg 180710 Svc Chge C | 8014 |
| | | $22.29 | **Total electronic debits/bank debits** | |
| | | $22.29 | **Total debits** | |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 07/01 | 2,134.26 | 07/11 | 2,111.97 |

**Average daily ledger balance    $2,118.44**

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.



©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC

000012