United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
DeVal Corporation  
    Debtor

Case No. 16-17922-amc  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 15, 2018  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.  
db        +DeVal Corporation,   7341 Tulip Street,   Philadelphia, PA 19136-4215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:  
      DAVID B. SMITH   on behalf of Debtor   DeVal Corporation dsmith@skhlaw.com, b.dr70286@notify.bestcase.com  
      JAMES M. MATOUR   on behalf of Creditor   PDI/DeVal Acquisition, LLC jmatour@dilworthlaw.com, cseverino@dilworthlaw.com;cct@dilworthlaw.com  
      JAMES M. MATOUR   on behalf of Creditor   PDI Ground Support Systems, Inc. jmatour@dilworthlaw.com, cseverino@dilworthlaw.com;cct@dilworthlaw.com  
      JOEL C. SHAPIRO   on behalf of Creditor   Hillock Realty Associates shapiro-jc@blankrome.com  
      JOEL C. SHAPIRO   on behalf of Creditor   Hillock Anodizing, Inc. shapiro-jc@blankrome.com  
      JOHN P. LEON   on behalf of Interested Party   Parts Life, Inc. jleon@subranni.com, desk@subranni.com;szauber@subranni.com  
      JOSEPH PATRICK SCHALK   on behalf of Creditor   Branch Banking & Trust Company jschalk@barley.com, cbrelje@barley.com;jrachor@barley.com  
      KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov  
      MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
      MEGAN N. HARPER   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov  
      NATHALIE PAUL   on behalf of Creditor   CIT Bank, National Association npaul@weltman.com, PitEcf@weltman.com  
      PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
      REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
      ROBERT M. GREENBAUM   on behalf of Debtor   DeVal Corporation rgreenbaum@sgllclaw.com, rgreenbaum@skhlaw.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| DEVAL CORPORATION, | : | |
| | : | Bankruptcy No. 16-17922-AMC |
| DEBTOR | : | |

Ashely M. Chan, United States Bankruptcy Judge

**ORDER**

AND NOW, this 15th day of November, 2018, upon consideration of the Application for Administrative Expenses Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code ("Application") filed by PDI Deval Acquisition, LLC ("PDI"), the Brief in Opposition filed by Parts Life, Inc. ("Parts Life"), PDI and Parts Life's Stipulation of Facts, and the related pleadings filed thereto, and after hearings on August 1, 2018 and September 26, 2018, for the reasons stated in the accompanying opinion, it is hereby ORDERED that:

1. The Application is GRANTED IN PART;

2. PDI is allowed an administrative expense claim pursuant to 11 U.S.C. § 503(b)(3)(D) in the amount of $8,224.71;

3. PDI is allowed an administrative expense claim pursuant to 11 U.S.C. § 503(b)(4) in the amount of $75,469.01; and

4. The Reorganized Debtor shall pay, or cause to be paid, PDI's full allowed administrative expense claim in the amount of $83,693.72 in accordance with the confirmed Chapter 11 Plan of Reorganization.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge