MAK

18-CV-5135

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

November 28, 2018

Re: DeVal Corporation
Bankruptcy No.: 16-17922
Civil Action No.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(X) Certificate of appeal from order and entered November 15, 2018 by the Honorable Ashely M. Chan. Notice of appeal filing fee (X)paid ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
　() Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
　() Objections filed .

() Report and recommendation entered by the Honorable.

　() Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Donna Rockeymore
Deputy Clerk

---

Received Above material or record tile this __28th__ day of __Nov__, 20__18__.

Civil Action No. _____  Signature: __Steve Tomas__

Miscellaneous No. _____  Date: __NOV 28 2018__

Assigned to Judge __KEARNEY__

BFL5.frm(rev 11/8/17)

NOV 28 2018