# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| DeVal Corporation, | : Case No. 16-17922-AMC |
| | : |
| Debtor. | : |
| | : |

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

John P. Leon, Esq., attorney for Appellant, Parts Life, Inc., pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

- ECF No. 242: Stipulation of Facts Between PDI/DeVal Acquisition, LLC and Parts Life, Inc.—Filed 7/27/2018 by PDI/DeVal Acquisition, LLC

- ECF No. 245: Exhibit to Stipulation of Facts—Filed 8/1/2018 by PDI/DeVal Acquisition, LLC

- Transcript of hearing on Application for Administrative Expenses held on August 1, 2018

- Transcript of hearing on Application for Administrative Expenses held on September 26, 2018

- Transcript of deposition of Irwin G. Haber taken February 9, 2018

- ECF No. 1: Chapter 11 Petition—Filed 11/11/2016 by Debtor

- ECF No. 37: Missing Schedules—Filed 12/9/2016 by Debtor

- ECF No. 69: Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement—Filed 3/9/2017 by Debtor

- ECF No. 77: Objection to Motion to Extend/Limit Exclusivity Period and Cross-Motion for the Appointment of a Chapter 11 Trustee—Filed 3/17/2017 by PDI/DeVal Acquisition, LLC

- ECF No. 87: Response to Objection to Exclusivity Motion and Cross-Motion for Appointment of Trustee—Filed 3/29/2017 by Debtor

- ECF No. 92:   Order Granting Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan—Entered 4/4/2017

- ECF No. 108:  Order re Motion to Extend Exclusivity Period for Filing Plan and Disclosure Statement—Entered 4/24/2017

- ECF No. 112:  Chapter 11 Plan of Reorganization by Debtor—Filed 4/30/2017

- ECF No. 113:  Disclosure Statement by Debtor—Filed 4/30/2017

- ECF No. 114:  Motion to Approve Disclosure Statement by Debtor—Filed 4/30/2017

- ECF No. 116:  Chapter 11 Plan of Reorganization by PDI/DeVal Acquisition, LLC—Filed 5/1/2017

- ECF No. 117:  Disclosure Statement by PDI/DeVal Acquisition, LLC—Filed 5/1/2017

- ECF No. 118:  Motion to Approve Disclosure Statement by PDI/DeVal Acquisition, LLC—Filed 5/1/2017

- ECF No. 125:  Motion to Appoint Trustee—Filed 5/19/2017 by PDI/DeVal Acquisition, LLC

- ECF No. 131:  Amended Chapter 11 Plan by PDI/DeVal Acquisition, LLC—Filed 6/5/2017

- ECF No. 132:  Objection to Debtor's Disclosure Statement—Filed 6/5/2017 by PDI/DeVal Acquisition, LLC

- ECF No. 133:  Supplement to Motion to Appoint Trustee—Filed 6/5/2017 by PDI/DeVal Acquisition, LLC

- ECF No. 134:  Objection to Motion to Appoint Trustee—Filed 6/6/2017 by Debtor

- ECF No. 135:  Second Amended Chapter 11 Plan by PDI/DeVal Acquisition, LLC—Filed 6/9/2017

- ECF No. 136:  Second Amended Disclosure Statement by PDI/DeVal Acquisition, LLC—Filed 6/9/2017

- ECF No. 137:  Amended Chapter 11 Plan by Debtor—Filed 6/11/2017

- ECF No. 138:  Amended Disclosure Statement by Debtor—Filed 6/11/2017

- ECF No. 139:  Exhibits to Amended Disclosure Statement by Debtor—Filed 6/12/2017

- ECF No. 146: Second Amended Chapter 11 Plan by Debtor—Filed 6/16/2017

- ECF No. 147: Second Amended Disclosure Statement by Debtor—Filed 6/16/2017

- ECF No. 148: Exhibit to Second Amended Chapter 11 Plan by Debtor—Filed 6/16/2017

- ECF No. 150: Exhibit to Second Amended Disclosure Statement by Debtor—Filed 6/17/2017

- ECF No. 151: Third Amended Chapter 11 Plan by PDI/DeVal Acquisition, LLC—Filed 6/19/2017

- ECF No. 152: Third Amended Disclosure Statement by PDI/DeVal Acquisition, LLC—Filed 6/19/2017

- ECF No. 157: Expedited Motion to Appoint Chief Restructuring Officer—Filed 6/20/2017 by Debtor

- ECF No. 161: Amended Declaration in Support of Motion to Appoint Chief Restructuring Officer—Filed 6/21/2017 by Debtor

- ECF No. 162: Exhibit to Motion to Appoint Chief Restructuring Officer—Filed 6/21/2017 by Debtor

- ECF No. 163: Order Approving Disclosure Statement of PDI/DeVal Acquisition, LLC—Entered 6/22/2017

- ECF No. 164: Order Approving Second Amended Disclosure Statement of Debtor—Entered 6/22/2017

- ECF No. 165: Order Authorizing Debtor to Employ Chief Restructuring Officer—Entered 6/22/2017

- ECF No. 180: Objection to Confirmation of Debtor's Plan—Filed 7/26/2017 by CIT Bank, National Association

- ECF No. 182: Report of Plan Voting on PDI/DeVal Acquisition, LLC's Plan—Filed 7/26/2017

- ECF No. 183: Report of Plan Voting on Debtor's Plan—Filed 7/26/2017

- ECF No. 185: Objection to Confirmation of Debtor's Plan—Filed 7/28/2017 by PDI/DeVal Acquisition, LLC

- ECF No. 186: Objection to Confirmation of Third Amended Plan of PDI/DeVal Acquisition, LLC—Filed 7/28/2017 by Debtor

- ECF No. 189: Fourth Amended Chapter 11 Plan by PDI/DeVal Acquisition, LLC—Filed 7/31/2017

- ECF No. 190: Response to Objection to Confirmation of PDI/DeVal Acquisition, LLC's Plan—Filed 8/1/2017 by PDI/DeVal Acquisition, LLC

- ECF No. 193: Fifth Amended Chapter 11 Plan by PDI/DeVal Acquisition, LLC—Filed 8/4/2017

- ECF No. 194: Third Amended Chapter 11 Plan by Debtor—Filed 8/4/2017

- ECF No. 196: Exhibit to Debtor's Third Amended Plan—Filed 8/6/2017

- ECF No. 206: Order Confirming Third Amended Plan by Debtor—Entered 8/23/2017

- ECF No. 226: Application for Administrative Expenses Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code—Filed 12/22/2017 by PDI/DeVal Acquisition, LLC

- ECF No. 232: Brief in Opposition to Application for Administrative Expenses—Filed 1/23/2018 by Parts Life, Inc.

- ECF No. 233: Joinder to Brief in Opposition to Application for Administrative Expenses—Filed 1/23/2018 by Debtor

- ECF No. 243: Supplemental Brief in Opposition to Application for Administrative Expenses—Filed 7/27/2018 by Parts Life, Inc.

- ECF No. 247: Post-Hearing Supplement to Application for Administrative Expenses—Filed 8/22/2018 by PDI/DeVal Acquisition, LLC

- ECF No. 248: Notice of Filing of Transcript—Filed 9/11/2018 by the Court

- ECF No. 249: Response to Post-Hearing Supplement—Filed 9/12/2018 by Parts Life, Inc.

- ECF No. 250: Reply to Response to Post-Hearing Supplement—Filed 9/18/2018 by PDI/DeVal Acquisition, LLC

- ECF No. 252: Amended Exhibit to Reply to Response to Post-Hearing Supplement—Filed 9/27/2018 by PDI/DeVal Acquisition, LLC

- ECF No. 254: Opinion re Application for Administrative Expenses—Entered 11/15/2018

- ECF No. 255: Order Granting in Part Application for Administrative Expenses—Entered 11/15/2018

- ECF No. 258: Notice of Appeal—Filed 11/27/2018 by Parts Life, Inc.

        SUBRANNI ZAUBER LLC
        Attorneys for Appellant, Parts Life, Inc.

Dated:  December 11, 2018    By:    /s/ John P. Leon
        John P. Leon, Esq.
        Willow Ridge Executive Office Park
        750 Route 73 South, Suite 307B
        Marlton, NJ 08053
        (609) 347-7000; Fax: (609) 345-4545
        jleon@subranni.com