# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 11 |
| DeVal Corporation, | : Case No. 16-17922-AMC |
| Debtor. | : |

## CERTIFICATION OF SERVICE

John P. Leon, Esq., attorney for Appellant, Parts Life, Inc., pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby certifies that on December 11, 2018, a true and accurate copy of: (a) the Designation of Items to be Included in the Record on Appeal, (b) the Statement of Issues to Be Presented on Appeal, and (c) the Certification Regarding Transcripts with Exhibit were served via the Court's CM/ECF system and first-class mail upon the following:

James M. Matour, Esq.
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
*Attorney for Appellee, PDI DeVal Acquisition, LLC*

I certify under penalty of perjury that the foregoing is true and correct.

SUBRANNI ZAUBER LLC
Attorneys for Appellant, Parts Life, Inc.

Dated: December 11, 2018    By:    /s/ John P. Leon
John P. Leon, Esq.
Willow Ridge Executive Office Park
750 Route 73 South, Suite 307B
Marlton, NJ 08053
(609) 347-7000; Fax: (609) 345-4545
jleon@subranni.com