UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath					Telephone
Clerk						(215) 408-2800

December 12, 2018

Re:  DeVal Corporation
     Bankruptcy No.: 16-17922
     Civil Action No. 18-5135

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(X) Certificate of Cross appeal from order entered November 15, 2018 by the Honorable Ashely M. Chan.
    Notice of Cross appeal filing fee (X)paid    ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed.
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
    () Objections filed .

() Report and recommendation entered by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Donna Rockeymore
Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20___ .

Civil Action No. _____        Signature: _____

Miscellaneous No. _____       Date: _____

Assigned to Judge _____                                        BFL5.frm(rev 11/8/17)