UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath  
Clerk

Telephone  
(215) 408-2800

December 12, 2018

Re:     DeVal Corporation  
       Bankruptcy No.: 16-17922  
       Civil Action No. 18-5135

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(X) Certificate of Cross appeal from order entered November 15, 2018 by the Honorable Ashely M. Chan.
     Notice of Cross appeal filing fee (X)paid    ()not paid

() Designation of Record on Appeal Filed  
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed.
     () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
     () Objections filed .

() Report and recommendation entered by the Honorable .

     () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath  
Clerk

By:Donna Rockeymore  
Deputy Clerk

---

Received Above material or record tile this __12th__ day of __December__, 20__18__.

Civil Action No. __18cv5135__    Signature: _[signature]_

Miscellaneous No. _____    Date: __12/13/2018__

Assigned to Judge __Kearney__.

BFL5.frm(rev 11/8/17)