# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| DeVal Corporation, | : |
| | : Case No. 16-17922 (AMC) |
| Debtor. | : |
| | : |

## DESIGNATION BY CROSS-APPELLANT OF CONTENTS OF ITEMS TO BE INCLUDED IN THE RECORD

Cross-Appellant, PDI/DeVal Acquisition, LLC ("PDI"), through its undersigned counsel, submits this Designation pursuant to Bankruptcy Rule 8009(a)(2) :

PDI incorporates by reference the Designation of Items to Be Included in the Record on Appeal filed by Appellant (D.I. 263), with the exception of the "Transcript of deposition of Irwin G. Haber taken on February 9, 2018", which was not admitted into evidence and would not be properly included in the record.

PDI does not designate any additional items.

Date:  December 21, 2018         DILWORTH PAXSON LLP

/s/ James M. Matour
James M. Matour
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
P: (215) 575-7000
F: (215) 575-7200

*Counsel for Cross-Appellant PDI/DeVal Acquisition, LLC*

120668239_1

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| DeVal Corporation, | : |
| | : Case No. 16-17922 (AMC) |
| Debtor. | : |
| | : |

**CERTIFICATE OF SERVICE**

    I, James M. Matour, Esquire, do hereby certify that December 21, 2018, I caused a true and correct copy of the Designation by Cross-Appellant of Contents of Items to Be Included in the Record to be served via CM/ECF notification upon all parties registered to receive electronic filings in this case.

/s/ James M. Matour
James M. Matour

120668239_1