UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath  
Clerk

Telephone
(215) 408-2800

December 27, 2018

Re:   DeVal Corporation  
Bankruptcy No.: 16-17922  
Civil Action No. 18-5135

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered by the Honorable .
  Notice of appeal filing fee ( )paid   ( )not paid

(X) Designation of Record on Appeal Filed **Transcript of hearing held on September 26, 2018 and Transcript of Deposition taken February 9, 2018 is not part of record.

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
  ( ) Answer to motion filed.

( ) Proposed findings of fact and conclusions of law entered by the Honorable.
  ( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

  ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath  
Clerk

By:   Donna Rockeymore  
Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20___ .

Civil Action No. _____     Signature: _____

Miscellaneous No. _____    Date: _____

Assigned to Judge _____

BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :
                                               Chapter 11
 DeVal Corporation                             :

                                               :    Bankruptcy No. 16-17922

                                               :    Adversary No.

                                               :    Civil No. 18-5135

## CERTIFICATE OF APPEAL FROM ORDER OF
## THE BANKRUPTCY JUDGE DATED November 15, 2018
## ENTERED ON THE DOCKET November 15, 2018

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed November 27, 2018 and certify that the above proceeding was properly before the Honorable Ashely M. Chan, Bankruptcy Judge.

                                    For the Court

                                    Timothy B. McGrath
                                    Clerk

                                    By: __Donna Rockeymore
_____
                                    Deputy Clerk

**Counsel of Record**

            John P. Leon
            Willow Ridge Executive Office Park 750
            Route 73 South Ste 307 B
            Marlton NJ 08053
            Counsel for Appellant /Parts Life Inc

James M. Matour Esquire
Dilworth Paxson LLP
1500 Market Street ste 3500E
Philadelphia Pa 19102
Counsel for PDI DeVal Acquisition LLC

Robert M. Greenbaum
Smith Kane
112 Moores Road Ste 300
Malvern Pa 19355
Counsel for Debtors/, DeVal Corp

David B. Smith
Smith Kane Holman LLC
112 Moores Road ste 300
Malvern, Pa  19355
Counsel for Debtors/, DeVal Corp

U.S. Trustee
Kevin P. Callahan
833 Chestnut Street
ste 500
Philadelphia Pa 19107