### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **:  CIVIL ACTION** |
| **DEVAL CORPORATION** | **:** |
| | **:  NO. 18-5135** |

## ORDER

**AND NOW**, this 17th day of May 2019, upon considering the briefing (ECF Doc. Nos. 7, 9 and 10) on cross-appeals of the Bankruptcy Court's November 15, 2018 Order, and for reasons in the accompanying Memorandum, it is **ORDERED** the United States Bankruptcy Court's November 15, 2018 Order is **AFFIRMED** in all respects.

KEARNEY, J.