UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA  19106-1797

Kate Barkman  
Clerk of Court

Clerk's Office  
215-597-7704

6/18/2019

Timothy McGrath  
Clerk  
U.S. Bankruptcy Court  
900 Market Street  
Suite 400  
Philadelphia,  PA  19107-4299

RE:   PARTS LIFE, INC.  VS.  PDI/DEVAL ACQUISITION, LLC  
      CA No.  18-5135  
      Bky. No. 16-17922  
      Adv. No.

Dear Mr. McGrath:

Enclosed herewith is the original Bankruptcy Record, together with a copy of the Order, signed by Judge Mark A. Kearney, which was filed in this office on 5/17/19.

Kindly acknowledge receipt on the copy of letter provided.

Sincerely,

Kate Barkman  
Clerk of Court

By: _____  
Kim Williams, Deputy Clerk

Received above record this /5th day of Jun, 2019

_____  
(Signature)

bankrec.frm