UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

Kate Barkman                                                                                    Clerk's Office
Clerk of Court                                                                                  215-597-7704

6/18/2019

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,   PA   19107-4299

RE:   PARTS LIFE, INC.   VS.   PDI/DEVAL ACQUISITION, LLC
      CA No.   18-5135
      Bky. No. 16-17922
      Adv. No.

Dear Mr. McGrath:

   Enclosed herewith is the original Bankruptcy Record, together with a copy of the Order, signed by Judge Mark A. Kearney, which was filed in this office on 5/17/19.

   Kindly acknowledge receipt on the copy of letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By: _____
Kim Williams, Deputy Clerk

Received above record this /5th day of Jun, 2019

_____
(Signature)

bankrec.frm