**Debtor's Name: DeVal Corporation**

**Bankruptcy Number: 16-17922 amc**

### DISBURSEMENTS SUMMARY REPORT - 3rd QTR 2019

| Acct Number | Acct Type | July | Aug. | Sept. | Total |
|---|---|---|---|---|---|
| 8014 | WF Checking - DRO | $21.97 | $21.97 | $21.96 | $65.90 |
| Grand Total | | | | | $65.90 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature]*

Richard J. Puleo   Debtor's Representative   October 30, 2019

Debtor: DeVal Corporation

Case number: 16-17922 amc

**OFFICE OF THE UNITED STATES TRUSTEE**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: DeVal Corporation                Bank: Wells Fargo

Bankruptcy Number: 16-17922 amc            Account Number: 8014

Date of Confirmation: Aug. 23, 2017            Account Type: Checking DRO Account

Reporting Period (month/year): July through Sept. 2019

| | | |
|---|---|---|
| Beginning Cash Balance: | $848.82 | |
| All receipts received by the debtor: | | |
| Transfers from WF P/R Account | $0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $0.00 | |
| Sale of Debtor's Assets: | $0.00 | |
| Capital Infusion pursuant to the Plan: | $0.00 | |
| Total of cash received: | $0.00 | |
| Total of cash available: | | $848.82 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | $0.00 |
| All other disbursements made in the ordinary course: | | $65.90 |
| **Total Disbursements** | $ | 65.90 |
| Transfers to other accounts | | $0.00 |
| Ending Cash Balance | | $782.92 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_/s/ Richard J. Puleo_

Richard J. Puleo   Debtor's Representative   October 30, 2019

Debtor: DeVal Corporation

Case Number: 16-17922 amc

# Analyzed Business Checking

Account number:   8014 ■ September 2, 2019 - October 1, 2019 ■ Page 1 of 1



DCEP11DTEZ  000005

DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write:  Wells Fargo Bank, N.A. (345)
         P.O. Box 6995
         Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8014 | $804.88 | $0.00 | -$21.96 | $782.92 |

### Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 09/11 | 21.96 | Client Analysis Srvc Chrg 190910 Svc Chge 0819 | 8014 |
| | | $21.96 | Total electronic debits/bank debits | |
| | | $21.96 | Total debits | |

### Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09/01 | 804.88 | 09/11 | 782.92 |

Average daily ledger balance   $789.50

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC

# Analyzed Business Checking

Account number:     8014 ■ August 2, 2019 - September 1, 2019 ■ Page 1 of 1



DCEP11DTER  000001

DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8014 | $826.85 | $0.00 | -$21.97 | $804.88 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 08/12 | 21.97 | Client Analysis Srvc Chrg 190809 Svc Chge 0719 | 8014 |
| | | $21.97 | Total electronic debits/bank debits | |
| | | $21.97 | Total debits | |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 08/01 | 826.85 | 08/12 | 804.88 |

Average daily ledger balance     $811.96

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number:        8014 ■ July 2, 2019 - August 1, 2019 ■ Page 1 of 1



DCEP11DTEF  000004



DEVAL CORPORATION
7341 TULIP ST
PHILADELPHIA PA 19136-4215

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 8014 | $848.82 | $0.00 | -$21.97 | $826.85 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 07/11 | 21.97 | Client Analysis Srvc Chrg 190710 Svc Chge 0619 | 8014 |
| | | $21.97 | Total electronic debits/bank debits | |
| | | $21.97 | Total debits | |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 07/01 | 848.82 | 07/11 | 826.85 |

**Average daily ledger balance    $833.22**

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC