**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                    :
In re:                              :   CHAPTER 11
                                    :
DEVAL CORPORATION,                  :
                                    :   Case No. 16-17922 (AMC)
                                    :
            Debtor.                 :
_____:

## ORDER

AND NOW, this _____ day of December, 2019, upon consideration of the Debtor's Motion for Entry of Final Decree (the "Motion"), it is hereby;

ORDERED that:

1. The Motion is GRANTED;

2. A Final Decree is entered in the above-captioned matter;

3. Deval Corporation's Chapter 11 case is hereby CLOSED; and

4. To the extent not already paid, the fees required to be paid to the U.S. Trustee through the Case Closing Date pursuant to 28 U.S.C. § 1930(a)(6) for the Chapter 11 Case shall be paid within thirty (30) days of the date of this Order.

BY THE COURT:

_____
Ashely M. Chan,
United States Bankruptcy Judge

Counsel for Debtor:

**Robert M. Greenbaum, Esquire**
SMITH KANE HOLMAN, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
Attorneys for Debtor