# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| DEVAL CORPORATION, | Case No. 16-17922 (AMC) |
| Debtor. | |

## **CERTIFICATE OF NO OBJECTION**

The undersigned, counsel for the Debtor, certifies as follows:

1. On November 13, 2019, the undersigned filed with this Court a certain Motion for the Entry of Final Decree (the "Motion"), notice or a copy of which was sent to all parties entitled to same on November 13, 2019.

2. Any answers, objections or responses to the Motion were due on or before November 27, 2019.

3. To date, the undersigned has not been served with any answer, objection or other response to the Motion, nor, to the best of the undersigned's knowledge, information and belief, has the Court been served with any answer, objection or response to the Motion.

4. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Motion.

SMITH KANE HOLMAN, LLC

Dated: December 5, 2019

By: */s/ Robert M. Greenbaum*
Robert M. Greenbaum, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
Attorneys for Deval Corporation