United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-17922-amc
DeVal Corporation                                               Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv              Page 1 of 1             Date Rcvd: Dec 11, 2019
                              Form ID: pdf900        Total Noticed: 6
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db            +DeVal Corporation,    7341 Tulip Street,    Philadelphia, PA 19136-4215
aty           +SMITH KANE HOLMAN LLC,    112 Moores Road Ste 300,    Malvern, Pa 19355-1002
cr            +Branch Banking & Trust Company,    c/o Joseph P. Schalk, Esquire,    Barley Snyder,
               126 East King Street,    Lancaster, PA 17602-2893
acc           +MICHAEL C. LINGERMAN,    8100 Roosevelt Blvd,    Philadelphia, Pa 19152-2900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: megan.harper@phila.gov Dec 12 2019 03:22:18      City of Philadelphia,
               Law Revenue Bureau,   c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
NONE          +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Dec 12 2019 03:22:28      Commonwealth of PA  UCTS,
               651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
          DAVID B. SMITH    on behalf of Debtor    DeVal Corporation dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          JAMES M. MATOUR    on behalf of Creditor    PDI/DeVal Acquisition, LLC jmatour@dilworthlaw.com,
           cct@dilworthlaw.com
          JAMES M. MATOUR    on behalf of Creditor    PDI Ground Support Systems, Inc.
           jmatour@dilworthlaw.com,  cct@dilworthlaw.com
          JOEL C. SHAPIRO    on behalf of Creditor    Hillock Realty Associates shapiro-jc@blankrome.com
          JOEL C. SHAPIRO    on behalf of Creditor    Hillock Anodizing, Inc. shapiro-jc@blankrome.com
          JOHN P. LEON    on behalf of Interested Party    Parts Life, Inc. jleon@subranni.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor    Branch Banking & Trust Company jschalk@barley.com,
           cbrelje@barley.com;jrachor@barley.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          NATHALIE PAUL    on behalf of Creditor    CIT Bank, National Association npaul@weltman.com,
           PitEcf@weltman.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          ROBERT M. GREENBAUM    on behalf of Debtor    DeVal Corporation rgreenbaum@sgllclaw.com,
           rgreenbaum@skhlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| DEVAL CORPORATION, | : |  |
|  | : | Case No. 16-17922 (AMC) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**ORDER**

AND NOW, this _____ day of December, 2019, upon consideration of the Debtor's Motion for Entry of Final Decree (the "Motion"), it is hereby;

ORDERED that:

1. The Motion is GRANTED;

2. A Final Decree is entered in the above-captioned matter;

3. Deval Corporation's Chapter 11 case is hereby CLOSED; and

4. To the extent not already paid, the fees required to be paid to the U.S. Trustee through the Case Closing Date pursuant to 28 U.S.C. § 1930(a)(6) for the Chapter 11 Case shall be paid within thirty (30) days of the date of this Order.

BY THE COURT:

_____
Ashely M. Chan,
United States Bankruptcy Judge

**Date: December 11, 2019**

Counsel for Debtor:

**Robert M. Greenbaum, Esquire**
SMITH KANE HOLMAN, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
Attorneys for Debtor